UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR

THE PERIOD ENDED:      9/30/2012

In re:

Richfield Equities, L.L.C.

Debtor.

_____ /

Case Number: 12-33788-dof
Chapter 11
Judge: HON. Daniel S. Opperman

As debtor in possession, I affirm:

1.  That I have reviewed the financial statements attached hereto, consisting of:

|     |                                |          |
|-----|--------------------------------|----------|
| X   | Operating Statement            | (Form 2) |
| X   | Balance Sheet                  | (Form 3) |
| X   | Summary of Operations          | (Form 4) |
| X   | Monthly Cash Statement         | (Form 5) |
| X   | Statement of Compensation      | (Form 6) |
| X   | Schedule of In-Force Insurance | (Form 7) |

and that they have been prepared in accordance with normal and customary accounting practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2.  That the insurance, including workers' compensation and unemployment insurance, as described in Section 5 of the Operating Instructions and Reporting Requirements For Chapter 11 Cases is in effect; and,
    (if not, attach a written explanation)          Yes   X          No _____

3.  That all post-petition taxes as described in Sections 9 of the Operating Instructions and Reporting Requirements For Chapter 11 cases are current.
    (If not, attach a written explanation)          Yes   X          No _____

4.  No professional fees (attorney, accountant, etc.) have been paid without specific court authorization.
    (If not, attach a written explanation)          Yes   X          No _____

5.  All United States Trustee Quarterly fees have been paid and are current.
                                                    Yes   X          No _____

6.  Have you filed your pre-petition tax returns.
    Note:  The Debtor is currently investigating if Form 2290 Schedule of Heavy Highway Vehicles was filed for current time period.
                                                    Yes   X          No _____

I hereby certify, under penalty of perjury, that the information provided above and in the attached documents is true and correct to the best of my information and belief.

Dated: _____ 11/8/2012

/s/ Jeffrey M. Beard
_____
Debtor in Possession
Chief Restructuring Officer          248-244-2413
_____   _____
Title                                Phone

*Form 1*

*Form 1*

**OPERATING STATEMENT (P&L)**

| | Period Ending: | 9/30/2012 |
| | Case No: | 12-33788-dof |

| | | Current Month Sep-12 | | Total Since Filing on 9/18/2012 |
|---|---|---|---|---|
| Total Revenue/Sales | $ | 81,842 | $ | 35,465 |
| Payroll Direct Labor | $ | - | $ | - |
| Health & Wellfare | | - | | - |
| Payroll Taxes | | - | | - |
| Workers Compensation Expense | | - | | - |
| Fuel | | - | | - |
| Disposal Fees - RLI | | - | | - |
| Disposal Fees - Other | | - | | - |
| Repairs and Maintenance | | - | | - |
| Tires | | - | | - |
| Other Direct Operating Costs | | 18,000 | | 7,800 |
| Total Cost of Sales | $ | 18,000 | $ | 7,800 |
| **GROSS PROFIT** | $ | **63,842** | $ | **27,665** |
| | | | | |
| **INDIRECT EXPENSES:** | | | | |
| Insurance | $ | - | $ | - |
| Payroll Office | | - | | - |
| Management Fees | | - | | - |
| Commissions/Royalties | | - | | - |
| Penalties/Fines | | - | | - |
| Other Operating Expenses | | 7,975 | | 3,456 |
| Income taxes | | - | | - |
| Depreciation & Amort | | 2,191 | | 949 |
| Interest | | 3,937 | | 1,706 |
| | | | | |
| **TOTAL INDIRECT EXPENSES:** | $ | **14,103** | $ | **6,111** |
| | | | | |
| **NET OPERATING PROFIT/(LOSS)** | $ | **49,739** | $ | **21,554** |
| | | | | |
| **Add: Non-Operating Income:** | | | | |
| Interest Income | $ | - | $ | - |
| Other Income | | - | | - |
| **Less: Non-Operating Expenses:** | | | | |
| Professional Fees | | - | | - |
| Other | | - | | - |
| | | | | |
| **NET INCOME/(LOSS)** | $ | **49,739** | $ | **21,554** |

*Form 2*

**BALANCE SHEET**

Period Ending: 9/30/2012
Case No: 12-33788-dof

| | | Current Month 9/30/2012 |
|---|---|---|
| **ASSETS:** | | |
| Cash & Securities | $ | 4,428 |
| Deposits | | - |
| Inventory | | - |
| Accounts Receivables | | - |
| Intercompany Receivables | | 10,311,279 |
| Land and Buildings | | - |
| Cell Construction | | - |
| Furniture, Fixtures & Equip | | - |
| Accumulated Depreciation | | - |
| Intangibles Net of Amort. | | - |
| Investment in Subsidiaries | | 101,000 |
| Perpetual Care Funds | | - |
| Other Current Assets | | - |
| Pre-Paid Expenses | | - |
| **TOTAL ASSETS** | $ | **10,416,707** |
| | | |
| **LIABILITIES:** | | |
| **POST-PETITION LIABILITIES** | | |
| Accounts Payable | $ | - |
| Wages and Salaries | | - |
| Taxes Payable | | - |
| **TOTAL POST-PETITION LIABILITIES** | $ | **-** |
| | | |
| **SECURED LIABILITIES:** | | |
| Subject to Post-petition | $ | - |
| Collateral or Financing Order | | - |
| All Other Secured Liabilities | | - |
| Accrued interest | | - |
| **TOTAL SECURED LIABILITIES** | $ | **-** |
| | | |
| **PRE-PETITION LIABILITIES:** | | |
| Taxes & Other Priority Liabilities | $ | 460,487 |
| Unsecured Liabilities | | |
| Accrued Closure Costs | | - |
| Loan Payable - Other | | 525,000 |
| Loans Payable - Intercompany | | - |
| Loan Payable Stockholders | | 6,611,357 |
| Accts Payable | | - |
| Accrued Expenses | | - |
| Unearned Revenue | | - |
| Accounts Payable - related | | 32,000 |
| **TOTAL PRE-PETITION LIABILITIES** | $ | **7,628,844** |
| | | |
| **EQUITY:** | | |
| Owners Capital | $ | 2,330,217 |
| Retained Earnings Pre-Petition | | - |
| Retained Earnings Post-Petition | | - |
| Current Earnings per YTD Income Statement | | 457,646 |
| **TOTAL EQUITY** | $ | **2,787,863** |
| | | |
| **TOTAL LIABILITIES** | $ | **7,628,844** |
| | | |
| **TOTAL LIABILITIES AND EQUITY** | $ | **10,416,707** |

*Form 3*

SUMMARY OF OPERATIONS

Period Ended: 9/30/2012
Case No: 12-33788-dof

Schedule of Post-Petition Taxes Payable

| | Beginning Balance | Accrued/Withheld | Payments/Deposits | Ending Balance |
|---|---|---|---|---|
| Income Taxes Withheld: | | | | |
| Federal | $ - | $ - | $ - | $ - |
| State | - | - | - | - |
| Local | - | - | - | - |
| FICA Withheld: | - | - | - | - |
| Employers FICA: | - | - | - | - |
| Unemployment Tax: | | | | |
| Federal | - | - | - | - |
| State | - | - | - | - |
| Sales, Use & Excise Taxes | - | - | - | - |
| Property Taxes: | - | - | - | - |
| Workers' Compensation | - | - | - | - |
| Other: | - | - | - | - |
| **TOTAL** | - | - | - | - |

### AGING OF ACCOUNTS RECEIVABLE
### AND POST-PETITION ACCOUNTS PAYABLE

| Age in Days Post Petition | 0-30 | 30-60 | Over 60 | Reserve |
|---|---|---|---|---|
| **Accounts Payable** | - | - | - | - |
| **Accounts Receivable** | - | - | - | - |

For all post-petition accounts payable over 30 days old, please attach a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization:

Richfield Equities, L.L.C. et al. is currently pursuing sales of its operating assets and such transactions will be subject to Court approval.

*Form 4*

MONTHLY CASH STATEMENT

Period Ending: 9/30/2012
Case No: 12-33788-dof

## Cash Activity Analysis (Cash Basis Only)

| | | RE Comerica Cash Collateral (6612) | RE Comerica P&I Acct. (3484) | RE Medical (3268) | RE General (3393) | Adjustments | Book Balance |
|---|---|---|---|---|---|---|---|
| A. | Beginning Balance | $ - | $ 1,405.95 | $ 3,547.84 | $ 319.56 | | |
| B. | Receipts (See Exhibit 1) | 566,136.98 | - | 38,000.00 | - | | |
| C. | Balance Available (A+B) | 566,136.98 | 1,405.95 | 41,547.84 | 319.56 | | |
| D. | Less Disbursements (See Exhibit 1) | 566,136.98 | 1,000.00 | 51,211.92 | - | | |
| E. | Ending Balance (C-D) | - | 405.95 | (9,664.08) | 319.56 | 13,367.15 | 4,428.58 |

**ATTENTION: Please enter the TOTAL DISBURSEMENT from all your accounts, including cash and excluding transfers, onto the line below. This is the number that will determine your quarterly fee payment.** $ 45,211.92

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)
Notes: copies of bank balance printouts

RE Comerica Cash Collateral (6612):
1. Depository Name & Location    Comerica 201 W. Fort St. Detroit, MI 48226
2. Account Number    Richfield Equities Comerica Cash Collateral (Account XXXXXX6612)

RE Comerica P&I Acct. (3484):
1. Depository Name & Location    Comerica 201 W. Fort St. Detroit, MI 48226
2. Account Number    Richfield Equities Interest Reserve Account (XXXXXX3484)

RE Medical (3268):
1. Depository Name & Location    Comerica 201 W. Fort St. Detroit, MI 48226
2. Account Number    Richfield Equities Medical Claims Account (XXXXXX3268)

RE General (3393):
1. Depository Name & Location    Comerica 201 W. Fort St. Detroit, MI 48226
2. Account Number    Richfield Equities General Account (XXXXXX3393)

Other monies on hand (specify type and location) i.e., CD's, bonds, etc.):

Date: _____ 11/8/2012 _____    /s/ Jeffrey M. Beard
Debtor in Possession

*Form 5*

## MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS

Period Ending: 9/30/2012
Case No: 12-33788-dof
See Exhibit 2 for list of Insiders considered

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession.  (Attach additional pages if necessary.)

Name: N/A _____     Capacity: _____ Shareholder
                                  _____ Officer
                                  _____ Director
                                  _____ Insider

**Detailed Description of Duties:**

_____
_____
_____

| Current Compensation Paid: | Weekly | or | Monthly |
|---|---|---|---|
| | | | $          - |

| Current Benefits Paid: | Weekly | or | Monthly |
|---|---|---|---|
| Health Insurance | _____ | | _____ |
| Life Insurance | _____ | | _____ |
| Retirement | _____ | | _____ |
| Company Vehicle | _____ | | _____ |
| Entertainment | _____ | | _____ |
| Travel | _____ | | _____ |
| Other Benefits | _____ | | _____ |
| Total Benefits | $          - | | $          - |

**Current Other Payments Paid:**

| | Weekly | or | Monthly |
|---|---|---|---|
| Rent Paid | _____ | | _____ |
| Loans | _____ | | _____ |
| Commissions | _____ | | _____ |
| Total Other Payments | $          - | | $          - |

| CURRENT TOTAL OF ALL PAYMENTS: | Weekly | or | Monthly |
|---|---|---|---|
| | | | $          - |

Dated: _____ 11/8/2012

*Form 6*

## SCHEDULE OF IN-FORCE INSURANCE

Period Ending: 9/30/2012
Case No: 12-33788-dof

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Auto, Limited Auto Pollution, Excess Auto Liability Insurance | Acuity | 4/10/2013 |
| Lloyds Of London | Property/Inland Marine | 11/6/2012 |
| Certain Underwriters at Lloyds-Beazley Syndicate | Real Property | 6/16/2013 |
| | General Liability, Environmental (pollution) & Excess Liability | |
| Endurance | | 2/25/2013 |
| Greenwich Insurance | Closure/Post Closure | 11/17/2012 |
| Travelers Ins. | Minimum Premium Workers' Compensation [1] | 6/1/2013 |

[1] Excludes separate amounts paid to Building Service Provider ("BSP") for primary workers' compensation program

*Form 7*

# EXHIBITS

**Richfield Equities, L.L.C.**

Case No.          12-33788-dof
Period Ended      9/30/2012


## 1. Detail of Receipts and Disbursements from Form 5

## 2. List of Insiders Considered

## 2. Bank Statements

> RE Comerica Cash Collateral (6612)
> RE Comerica P&I Acct. (3484)
> RE Medical (3268)
> RE General (3393)

Exhibit 1

Richfield Equities LLC, et al.
September Post-petition Cash Activity Detail

| Payee | Category | Payment Type | Date | Total Amount | RE Comerica Cash Collateral (6612) | RE Comerica P&I Acct. (3484) | RE Medical (3268) | RE General (3353) | Exclude from Quarterly Fee |
|---|---|---|---|---|---|---|---|---|---|
| **A. Beginning Balance** | | | | 5,273.35 | - | 1,405.95 | 3,547.84 | 319.56 | 319.56 |
| **B. Receipts** | | | | | | | | | |
| Deposit | Receipts | Electronic | 09/19/12 | 85,343.38 | 85,343.38 | - | - | - | |
| Deposit | Receipts | Electronic | 09/20/12 | 112,874.73 | 112,874.73 | - | - | - | |
| Deposit | Receipts | Electronic | 09/21/12 | 112,226.27 | 112,226.27 | - | - | - | |
| Deposit | Receipts | Electronic | 09/24/12 | 53,632.44 | 53,632.44 | - | - | - | |
| Deposit | Receipts | Electronic | 09/25/12 | 33,302.86 | 33,302.86 | - | - | - | |
| Deposit non A/R - NSF Redeposit | Receipts | Electronic | 09/25/12 | 600.00 | 600.00 | - | - | - | |
| Deposit | Receipts | Electronic | 09/26/12 | 115,389.60 | 115,389.60 | - | - | - | |
| Deposit | Receipts | Electronic | 09/27/12 | 22,589.96 | 22,589.96 | - | - | - | |
| Deposit non A/R - NSF Redeposit | Receipts | Electronic | 09/27/12 | 128.12 | 128.12 | - | - | - | |
| Intercompany Transfer | Receipts | Electronic | 09/27/12 | 18,000.00 | - | - | 18,000.00 | - | |
| Deposit | Receipts | Electronic | 09/28/12 | 30,049.62 | 30,049.62 | - | - | - | |
| Intercompany Transfer | Receipts | Electronic | 09/28/12 | 20,000.00 | - | - | 20,000.00 | - | |
| **B. Receipts - Subtotal** | | | | 604,136.98 | 566,136.98 | - | 38,000.00 | - | |
| **C. Balance Available** | | | | 609,410.33 | 566,136.98 | 1,405.95 | 41,547.84 | 319.56 | 319.56 |
| **D. Disbursements** | | | | | | | | | |
| | Loan Payment | Electronic | 09/19/12 | (85,343.38) | (85,343.38) | - | - | - | Yes |
| Deposit non A/R - NSF | Loan payment | Electronic | 09/20/12 | (600.00) | (600.00) | - | - | - | Yes |
| Deposit non A/R - NSF | Loan payment | Electronic | 09/20/12 | (128.12) | (128.12) | - | - | - | Yes |
| | Loan payment | Electronic | 09/21/12 | (112,274.73) | (112,274.73) | - | - | - | Yes |
| Intercompany transfer | Intercompany | Electronic | 09/21/12 | (6,000.00) | - | - | (6,000.00) | - | Yes |
| Intercompany transfer | Intercompany | Electronic | 09/21/12 | (1,000.00) | - | (1,000.00) | - | - | Yes |
| | Loan payment | Electronic | 09/24/12 | (112,098.15) | (112,098.15) | - | - | - | Yes |
| | Loan payment | Electronic | 09/24/12 | (53,632.44) | (53,632.44) | - | - | - | Yes |
| Group Health Funds Locks | Insurance | ACH | 09/25/12 | (27,208.95) | - | - | (27,208.95) | - | |
| | Loan payment | Electronic | 09/25/12 | (33,902.86) | (33,902.86) | - | - | - | Yes |
| | Loan Payment | Electronic | 09/26/12 | (115,389.60) | (115,389.60) | - | - | - | Yes |
| | Loan Payment | Electronic | 09/27/12 | (22,556.27) | (22,556.27) | - | - | - | Yes |
| NSF Fee | | Electronic | 09/27/12 | (86.04) | (86.04) | - | - | - | |
| NSF Fee | | Electronic | 09/27/12 | (33.69) | (33.69) | - | - | - | |
| Group Health Funds Locks | Insurance | ACH | 09/28/12 | (18,002.97) | - | - | (18,002.97) | - | |
| | Loan Payment | Electronic | 09/28/12 | (30,091.70) | (30,091.70) | - | - | - | Yes |
| **D. Disbursements - Subtotal** | | | | (618,348.90) | (566,136.98) | - | (51,211.92) | 319.56 | 319.56 |
| **E. Ending Balance** | | | | (8,938.57) | - | 405.95 | (9,664.08) | | |
| Disbursements Excluded (Intercompany transfers, loan repayments) | | | | (573,136.98) | (566,136.98) | (1,000.00) | (6,000.00) | - | |
| Remaining Disbursements | | | | (45,211.92) | - | - | (45,211.92) | - | |

*Exhibit 2*

Richfield Equities LLC, et al.
List of Insiders Considered

**Shareholders:**
Rumbold & Family, L.L.C.
Frederick Hambleton
C. Thomas Toppin
Gary Varisto
Joanna Hodson
Antoinette McGregor

**Officers and Directors (not already shareholders):**
Jeffrey Beard
Bernhard Rumbold

**Affiliatates (common ownership over 20%):**
Tri City Aggregates Inc.
Rewards for Recycling
C. Thomas Toppin & Associates

**Family:**
Paula K Rumbold-Elosegui
Rob Elosegui

RICHFIELD EQUITIES, LLC
Bank Reconciliation
Cash Account

Sept 30, 2012
~~Aug-12~~
Comerica Bank
#1852-796612

BALANCE PER BANK

ADJUSTED BANK
BALANCE                                          -

1E+06  BALANCE PER G/L                1,871.05      BALANCE PER CASH SHEET                     -

NET NSF CHECKS                (1,871.05)

                                                                      ADJ CASH SHEET BALANCE                    -

ADJ G/L BALANCE                        -

                                                                      NSF Checks

OUTSTANDING CHECKS:
                                                                      Prior NSF Checks                (1,657.94)
                                                                      NSF Check Redeposited               916.74
                                                                      New NSF Checks                   (1,129.85)

                                                                                                        (1,871.05)

SUB-TOTAL                              -                                        -              -

TOTAL OUTSTANDING CHECKS

RICHFIELD EQUITIES LLC
G/L History Detail Report
09/01/12 To 09/30/12

| Account No | Trx Date | Jrnl | Audit No | G/L Trx No | Line | Job | Description | Debit | Credit | Vnd / Cust No | Trx No |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21005 | | | CASH IN BANK COMERICA COLLAT | | | | | | | | | |
| | 09/30/12 | STD | 410 | 514 | 1 | | STD #3 - SALES DEPOSITS | 1,841,385.32 | | | |
| | 09/30/12 | STD | 410 | 514 | 9 | | STD #3 - RLI SALES DEPOSITS | 49,481.79 | | | |
| | 09/30/12 | STD | 410 | 514 | 15 | | STD #3 - WARREN SALES DEP | 7,715.40 | | | |
| | 09/30/12 | STD | 410 | 514 | 19 | | STD #3 - COVE DEPOSITS | 9,035.32 | | | |
| | 09/30/12 | STD | 410 | 517 | 2 | | STD#6 - LINE PAYDOWN | | 1,908,386.68 | | |
| | 09/30/12 | G/L | 411 | 519 | 1 | | MISCO2 - MISC DEPOSITS | 956.96 | | | |
| | 09/30/12 | G/L | 411 | 519 | 3 | | MISCO2 - MISC DEPOSITS | 25.00 | | | |
| | | | | | | | Account Totals: | 1,908,599.79 | 1,908,386.68 | | |
| | | | | | | | Beginning Balance: | 1,657.94 | | | |
| | | | | | | | Current Period: | 213.11 | | | |
| | | | | | | | Ending Balance: | 1,871.05 | | | |





RECEIVED
OCT 0 3 2012

80148

COMERICA BANK CASH COLLATERAL ACCOUNT
FBO RICHFIELD EQUITIES LLC
1606 E WEBSTER RD
FLINT MI 48505-2450

**Commercial Checking**
statement
September 1, 2012 to September 30, 2012
Account number 1852796612

Number of items enclosed: 0

## Account summary

| | |
|---|---:|
| Beginning balance on September 1, 2012 | $0.00 |

**Plus deposits**

| | |
|---|---:|
| Electronic deposits | $16,459.40 |
| Paper deposits | $1,893,067.13 |

**Less withdrawals**

| | |
|---|---:|
| Electronic (EFT) withdrawals | -$1,909,526.53 |
| **Ending balance on September 30, 2012** | **$0.00** |

**To contact us**

**Call**
(800) 266-3742
Hearing impaired (TDD 800 822-6546)

**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
PO BOX 75000
DETROIT, MI 48275-8148

**Important information**

The FDIC Charge for this statement period for this account is $0.12/$1,000.

**Thank you**



190859979

Commercial Checking statement
September 1, 2012 to September 30, 2012

## Commercial Checking account details: 1852796612

### Electronic deposits this statement period

| Date | Amount ($) | Activity | Reference numbers Customer | Bank |
|---|---|---|---|---|
| Sep 04 | 284.32 | Oakleaf Waste Payables 120904 212968 | | 9488030900 |
| Sep 06 | 431.99 | Keihin North Ame Payments 090612 A0124-r01 | | 9488297525 |
| Sep 07 | 6,201.37 | Jameson Bank Cash Mgmnt 120906 | | 9488745738 |
| Sep 07 | 1,772.73 | Oakleaf Waste Payables 120907 212968 | | 9488459424 |
| Sep 10 | 217.33 | Guardian Indust Payments 120907 0000379581 | | 9488199620 |
| Sep 13 | 63.86 | Veolia Payment 120912 J4213000020336B | | 9488722108 |
| Sep 14 | 5,117.59 | Oakleaf Waste Payables 120914 212968 | | 9488715257 |
| Sep 14 | 270.22 | Oakleaf Waste Payables 120914 212968 | | 9488713264 |
| Sep 14 | 61.80 | Covenant Medical Ap Payment 100 - 103113 | | 9488422186 |
| Sep 17 | 84.05 | Veolia Payment 120914 J4213000203818 | | 9488416816 |
| Sep 21 | 805.17 | Oakleaf Waste Payables 120921 212968 | | 9489942245 |
| Sep 28 | 764.06 | Oakleaf Waste Payables 120928 212968 | | 9489901674 |
| Sep 28 | 385.00 | Keihin North Ame Payments 092712 A0124-r01 | | 9488567082 |

Total Electronic Deposits: $16,459.40
Total number of Electronic Deposits: 13

### Paper deposits this statement period

| Date | Amount($) | Reference numbers Customer | Bank | Date | Amount($) | Reference numbers Customer | Bank |
|---|---|---|---|---|---|---|---|
| Sep 04 | 25,520.08 | | 0022372170 | Sep 17 | 81,728.34 | | 0041321523 |
| Sep 04 | 13,591.33 | | 0022372210 | Sep 17 | 22,178.59 | | 0041321635 |
| Sep 04 | 5,488.14 | | 0022372372 | Sep 17 | 308.32 | | 0041321103 |
| Sep 04 | 4,464.70 | | 0022372370 | Sep 18 | 32,148.64 | | 0022366325 |
| Sep 04 | 3,438.75 | | 0022372374 | Sep 18 | 20,117.62 | | 0022366130 |
| Sep 04 | 446.46 | | 0022372368 | Sep 18 | 571.55 | | 0022366372 |
| Sep 05 | 23,858.46 | | 0053323422 | Sep 19 | 75,016.32 | | 0043346260 |
| Sep 05 | 8,023.69 | | 0053332812 | Sep 19 | 10,226.55 | | 0043346107 |
| Sep 06 | 71,162.52 | | 0044378470 | Sep 19 | 100.51 | | 0043346308 |
| Sep 06 | 25,400.81 | | 0044378710 | Sep 20 | 95,430.88 | | 0044356396 |
| Sep 06 | 517.82 | | 0044378594 | Sep 20 | 12,813.47 | | 0044356450 |
| Sep 07 | 390,443.07 | | 0025357675 | Sep 20 | 4,213.47 | | 0044356294 |
| Sep 07 | 23,369.58 | | 0045368897 | Sep 20 | 416.91 | | 0044356296 |
| Sep 10 | 76,413.50 | | 0021334261 | Sep 21 | 92,882.31 | | 0065353283 |
| Sep 10 | 22,386.83 | | 0021333698 | Sep 21 | 14,420.48 | | 0065353028 |
| Sep 10 | 10,047.34 | | 0021334437 | Sep 21 | 4,118.31 | | 0065352917 |
| Sep 11 | 57,084.67 | | 0022340012 | Sep 24 | 33,989.44 | | 0021345917 |
| Sep 11 | 20,214.52 | | 0022339689 | Sep 24 | 19,111.70 | | 0021345632 |
| Sep 11 | 19,859.71 | | 0022339581 | Sep 24 | 531.30 | | 0021346146 |
| Sep 11 | 717.71 | | 0022339587 | Sep 25 | 17,430.47 | | 0042338868 |
| Sep 11 | 141.00 *Red* | | 0022339579 | Sep 25 | 11,233.43 | | 0042338838 |
| Sep 11 | 72.62 *Red* | | 0022339595 | Sep 25 | 4,147.23 | | 0042338732 |
| Sep 12 | 123,733.96 | | 0023346123 | Sep 25 | 600.00 *Red* | | 0042338740 |
| Sep 12 | 19,233.45 | | 0023345898 | Sep 25 | 304.75 | | 0042338738 |
| Sep 12 | 2,433.95 | | 0023346496 | Sep 25 | 196.98 | | 0042338735 |
| Sep 13 | 102,501.34 | | 0044376915 | Sep 26 | 92,671.28 | | 0023322451 |
| Sep 13 | 18,742.23 | | 0044376477 | Sep 26 | 20,350.50 | | 0023322492 |
| Sep 13 | 5,143.56 | | 0044376779 | Sep 26 | 2,057.82 | | 0023322037 |
| Sep 13 | 609.65 | | 0044376783 | Sep 26 | 310.00 | | 0023322064 |
| Sep 13 | 510.50 | | 0044376776 | Sep 27 | 22,589.96 | | 0044335620 |
| Sep 14 | 77,823.25 | | 0045357254 | Sep 28 | 28,900.56 | | 0045332123 |
| Sep 14 | 18,341.12 | | 0045357254 | Sep 28 | 128.12 *Redip* | | 0045331641 |

47.62
25.00

Total Paper Deposits: $1,893,067.13
Total number of Paper Deposits: 64

*Redip - 916.74 + 25.00 NSF FEE*

190645741


# STATEMENT OF ACCOUNT

*Commercial Checking* statement
September 1, 2012 to September 30, 2012

## Commercial Checking: 1852796612

## Electronic withdrawals this statement period

| Date | Amount ($) | Activity | Reference numbers Customer | Bank |
|------|-----------|----------|-----------|------|
| Sep 04 | -53,233.78 | Sweep To Pay Down Loan | | I-GEN10276 |
| Sep 05 | -31,887.15 | Sweep To Pay Down Loan | | I-GEN10266 |
| Sep 06 | -97,513.05 | Sweep To Pay Down Loan | | I-GEN10260 |
| Sep 07 | -141.00 | Return Item Chargeback 120907 000000000000000 | | 9488112385 |
| Sep 07 | -421,645.75 | Sweep To Pay Down Loan | | I-GEN10264 |
| Sep 10 | -109,085.00 | Sweep To Pay Down Loan | | I-GEN10249 |
| Sep 11 | -98,090.23 | Sweep To Pay Down Loan | | I-GEN10277 |
| Sep 12 | -145,401.36 | Sweep To Pay Down Loan | | I-GEN10260 |
| Sep 13 | -127,571.14 | Sweep To Pay Down Loan | | 9488332668 |
| Sep 14 | -141.00 | Return Item Chargeback 120914 000000000000000 | | I-GEN10287 |
| Sep 14 | -101,472.98 | Sweep To Pay Down Loan | | I-GEN10277 |
| Sep 17 | -104,379.30 | Sweep To Pay Down Loan | | I-GEN10246 |
| Sep 18 | -52,837.81 | Sweep To Pay Down Loan | | I-GEN10253 |
| Sep 19 | -85,343.38 | Sweep To Pay Down Loan | | 9488830064 |
| Sep 20 | -600.00 | Return Item Chargeback 120920 000000000000000 | | I-GEN10249 |
| Sep 20 | -112,274.73 | Sweep To Pay Down Loan | | 9488113156 |
| Sep 21 | -128.12 | Return Item Chargeback 120921 000000000000000 | | I-GEN10260 |
| Sep 21 | -112,098.15 | Sweep To Pay Down Loan | | I-GEN10246 |
| Sep 24 | -53,632.44 | Sweep To Pay Down Loan | | I-GEN10278 |
| Sep 25 | -10.00 | Withdrawal - Error Correction | | 0042338867 |
| Sep 25 | -33,902.86 | Sweep To Pay Down Loan | | I-GEN10265 |
| Sep 26 | -115,389.60 | Sweep To Pay Down Loan | | I-GEN10261 |
| Sep 27 | -33.69 | Return Item Chargeback 120927 000000000000000 | | 9488798180 |
| Sep 27 | -22,556.27 | Sweep To Pay Down Loan | | I-GEN10272 |
| Sep 28 | -86.04 | Return Item Chargeback 120928 000000000000000 | | 9488774009 |
| Sep 28 | -30,091.70 | Sweep To Pay Down Loan | | I-GEN12246 |

Total Electronic Withdrawals: -$1,909,526.53
Total number of Electronic Withdrawals: 26

*NSF 11 29 85* (handwritten)

*1908 386 68* (handwritten) 

## $ Lowest daily balance

Your lowest daily balance this statement period was $0.00
on September 1, 2012.

RICHFIELD EQUITIES, LLC        September 30, 2012
Bank Reconciliation             Comerica Bank
Interest Reserve Account       #1851-233484

BALANCE PER BANK         405.95

ADJUSTED BANK BALANCE    405.95

| 1021001 BALANCE PER G/L | 405.95 | BALANCE PER CASH SHEET | 405.95 |
|---|---|---|---|

ADJ G/L BALANCE    405.95    ADJ CASH SHEET BALANCE    405.95
          -                           -

OUTSTANDING CHECKS:

SUB-TOTAL        -        -        -

TOTAL OUTSTANDING CHECKS    -

**RICHFIELD EQUITIES LLC**
**G/L History Detail Report**
**09/01/12 To 09/30/12**

| Account No | Trx Date | Jrnl | Audit No | G/L Trx No | Line | Job | Description | Debit | Credit | Vnd / Cust No | Trx No |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 121001 | INTEREST RESERVE ACCOUNT | | | | | | | | | | |
| | 09/30/12 | STD | 410 | 514 | 27 | | STD #3 - TRANSFER FROM MGT | 187,000.00 | | | |
| | 09/30/12 | STD | 410 | 514 | 30 | | STD#3 - TRANSFER TO MGT GEN | | 315,000.00 | | |
| | 09/30/12 | STD | 410 | 517 | 17 | | STD#6 - REFUND LOC FEES | 9,972.38 | | | |
| | | | | | | | Account Totals: | 196,972.38 | 315,000.00 | | |
| | | | | | | | Beginning Balance: | 118,433.57 | | | |
| | | | | | | | Current Period: | | 118,027.62 | | |
| | | | | | | | Ending Balance: | 405.95 | | | |

 **omerica Bank**

80148

ll.ll.ll.ll.ll..ll..ll..ll..ll..ll..ll..ll.ll.l
RICHFIELD EQUITIES LLC
INTEREST RESERVE ACCOUNT
370 E MAPLE RD FL 3
BIRMINGHAM MI 48009-6332



RECEIVED
OCT 1 0 2012

**Commercial Checking**
**statement**
September 1, 2012 to September 30, 2012
Account number 1851233484

Number of items enclosed: 0

## Account summary

| | |
|---|---|
| **Beginning balance** on September 1, 2012 | **$118,433.57** |
| **Plus deposits** | |
| Electronic deposits | $9,972.38 |
| Transfers from other accounts | $187,000.00 |
| **Less withdrawals** | |
| Checks | -$1,000.00 |
| Transfers to other accounts | -$314,000.00 |
| **Ending balance** on September 30, 2012 | **$405.95** |

**To contact us**

Call
(800) 266-3742
Hearing impaired (TDD 800 822-6546)

**Visit our web site**
www.comerica.com

**Write to us**
COMERICA BANK
PO BOX 75000
DETROIT, MI 48275-8148

**Important information**

The FDIC Charge for this statement period for
this account is $0.12/$1,000.

**Thank you**

# *Commercial Checking* account details: 1851233484

## Electronic deposits this statement period

| | | | Reference numbers | |
| | | | Customer | Bank |
|---|---|---|---|---|
| Date | Amount ($) | Activity | | |
| Sep 12 | 7,256.88 | Intl Lc Ref 0657999  Your Ref | | 9488004552 |
| Sep 12 | 2,715.50 | Intl Lc Ref 0657998  Your Ref | | 9488004551 |

Total Electronic Deposits: $9,972.38
Total number of Electronic Deposits: 2

## Transfers from other accounts this statement period

| Date | Amount ($) | Activity | | Bank reference number |
|---|---|---|---|---|
| Sep 04 | 20,000.00 | Tmw Funds Transfer From Account | 1851813285 | 0T43438994 |
| Sep 11 | 167,000.00 | Tmw Funds Transfer From Account | 1851813285 | 0T43480344 |

Total Transferred from Other Accounts: $187,000.00
Total number of Transfers from Other Accounts: 2

## Checks paid this statement period

\* This symbol indicates a break in check number sequence
# This symbol indicates an original item not enclosed
\*# This symbol indicates a break in check number sequence and an original item not enclosed

| Check number | Amount ($) | Date paid | Bank reference number | Check number | Amount ($) | Date paid | Bank reference number |
|---|---|---|---|---|---|---|---|
| 0 | -1,000.00 | Sep 21 | 0T43552550 | | | | |

Total checks paid this statement period: -$1,000.00
Total number of checks paid this statement period: 1

## Transfers to other accounts this statement period

| Date | Amount ($) | Activity | | Bank reference number |
|---|---|---|---|---|
| Sep 04 | -135,000.00 | Tmw Funds Transfer To Account | 1851813285 | 0T43444818 |
| Sep 12 | -167,000.00 | Tmw Funds Transfer To Account | 1851813285 | 0T43469339 |
| Sep 14 | -12,000.00 | Tmw Funds Transfer To Account | 1851813285 | 0T43510017 |

Total Transferred to Other Accounts: -$314,000.00
Total number of Transfers to Other Accounts: 3

## $ Lowest daily balance

Your lowest daily balance this statement period was $405.95
on September 21, 2012.



# STATEMENT OF ACCOUNT

*Commercial Checking* statement
September 1, 2012 to September 30, 2012

## Commercial Checking: 1851233484

**PLEASE EXAMINE THIS STATEMENT PROMPTLY**

**Reporting Errors and Unauthorized Transactions**

**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about; and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

We will investigate your complaint and will correct any Error promptly. If we take more than 10 business days (20 business days for new accounts) to do this, we will credit your account for the amount you think is in Error so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not provide provisional credit to your account.

*Comerica Check Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Check Card or Check Card number (does not apply to ATM Cards or Visa Check Cards that are not activated), you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Visa Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.



Comerica
www.comerica.com

MEMBER FDIC

12-33788-jda   Doc 220   Filed 11/09/12   Entered 11/09/12 09:54:14   Page 20 of 29

RICHFIELD EQUITIES, LLC
Bank Reconciliation
Medical Claims Account

September 30, 2012
Comerica Bank
#1852-653268

| | | |
|---|---|---|
| BALANCE PER BANK | 52,216.64 | |
| OUTSTANDING CHECKS | (50,384.62) | |
| ADJUSTED BANK BALANCE | 1,832.02 | |

1021002 BALANCE PER G/L — 1,832.02 — BALANCE PER CASH SHEET

ADJ CASH SHEET BALANCE — -

ADJ G/L BALANCE — 1,832.02

0.00

OUTSTANDING CHECKS:

| Check | Amount | Check | Amount |
|---|---|---|---|
| 22929 | 91.39 | 25516 | 21.78 |
| 23086 | 77.52 | 25518 | 131.28 |
| 246.96 | 689.61 | 25524 | 90.20 |
| 246.97 | 175.89 | 25528 | 100.46 |
| 24775 | 18.25 | 25529 | 67.29 |
| 24795 | 47.01 | 25532 | 124.00 |
| 25065 | 15,820.80 | 25533 | 25.89 |
| 25144 | 648.00 | 25540 | 65.32 |
| 25145 | 3,172.81 | 25541 | 56.48 |
| 25413 | 70.00 | 25549 | 3,935.61 |
| 25431 | 54.59 | 25534 | 1,504.08 |
| 25467 | 69.00 | | |
| 25468 | 21,986.08 | | |
| 25469 | 149.81 | | |
| 25476 | 188.28 | | |
| 25491 | 90.67 | | |
| 25492 | 203.86 | | |
| 25493 | 46.32 | | |
| 25494 | 46.32 | | |
| 25495 | 208.31 | | |
| 25496 | 35.24 | | |
| 25497 | 96.27 | | |
| 25498 | 111.23 | | |
| 25499 | 73.53 | | |
| 25500 | 91.44 | | |

| | | | |
|---|---|---|---|
| SUB-TOTAL | 44,262.23 | 6,122.39 | - |
| TOTAL OUTSTANDING CHECKS | | | 50,384.62 |

RICHFIELD EQUITIES LLC
G/L History Detail Report
09/01/12 To 09/30/12

| Account No | Trx Date | Jrnl | Audit No | G/L Trx No | Line | Job | Description | Debit | Credit | Vnd / Cust No | Trx No |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 101002 | COMERICA - MEDICAL ACCT | | | | | | | | | | |
| | 09/30/12 | STD | 410 | 514 | 25 | | STD #3 - TRANSFER FROM MGT | 88,000.00 | | | |
| | 09/30/12 | STD | 410 | 514 | 32 | | STD#3 - TRANSFER TO MGT | | 46,000.00 | | |
| | 09/30/12 | STD | 410 | 517 | 15 | | STD#6 - RELEASED MED CKS | | 54,222.85 | | |
| | | | | | | | Account Totals: | 88,000.00 | 100,222.85 | | |
| | | | | | | | Beginning Balance: | 14,054.87 | | | |
| | | | | | | | Current Period: | | 12,222.85 | | |
| | | | | | | | Ending Balance: | 1,832.02 | | | |

 **ComericA Bank**

80148

Ilıllılıdlllılıdlılıllulllulllılıdlılıdll
RICHFIELD EQUITIES LLC
MEDICAL CLAIMS ACCOUNT
370 E MAPLE RD FL 3
BIRMINGHAM MI 48009-6332

 RECEIVED OCT 10 2012

 RECEIVED OCT 10 2012

*Commercial Checking*
**statement**
September 1, 2012 to September 30, 2012
Account number 1852653268

Number of items enclosed: 1

## Account summary

| | |
|---|---|
| Beginning balance on September 1, 2012 | $65,061.22 |
| *Plus deposits* | |
| Transfers from other accounts | $88,000.00 |
| *Less withdrawals* | |
| Checks | -$60,844.58 |
| Transfers to other accounts | -$40,000.00 |
| Ending balance on September 30, 2012 | $52,216.64 |

**To contact us**

Call
(800) 266-3742
Hearing impaired (TDD 800 822-6546)

Visit our web site
www.comerica.com

Write to us
COMERICA BANK
PO BOX 75000
DETROIT, MI 48275-8148

**Important information**

The FDIC Charge for this statement period for this account is $0.12/$1,000.

**Thank you**

*Commercial Checking* statement
September 1, 2012 to September 30, 2012

# *Commercial Checking* account details: 1852653268

## Transfers from other accounts this statement period

| Date | Amount ($) | Activity | | Bank reference number |
|------|-----------|----------|------|-----------------------|
| Sep 11 | 20,000.00 | Tmw Funds Transfer From Account | 1851813285 | 0T43480945 |
| Sep 13 | 30,000.00 | Tmw Funds Transfer From Account | 1851813285 | 0T43497753 |
| Sep 27 | 18,000.00 | Tmw Funds Transfer From Account | 1851813285 | 0T43585937 |
| Sep 28 | 20,000.00 | Tmw Funds Transfer From Account | 1851813285 | 0T43616193 |

Total Transferred from Other Accounts: $88,000.00
Total number of Transfers from Other Accounts: 4

## Checks paid this statement period

* This symbol indicates a break in check number sequence
# This symbol indicates an original item not enclosed
* This symbol indicates a break in check number sequence and an original item not enclosed

| Check number | Amount ($) | Date paid | Bank reference number | Check number | Amount ($) | Date paid | Bank reference number |
|------|-----------|------|-----------|------|-----------|------|-----------|
| 0 | -6,000.00 | Sep 21 | 0T43552558 | # 25504 | -27.00 | Sep 26 | 0950041181 |
| * 25158 | -616.25 | Sep 27 | 0973790353 | # 25505 | -21.45 | Sep 28 | 0974171425 |
| * 25401 | -162.32 | Sep 18 | 0972073159 | # 25506 | -77.52 | Sep 26 | 0973737819 |
| * 25415 | -21,986.01 | Sep 14 | 0045305343 | # 25507 | -58.50 | Sep 27 | 0973938922 |
| * 25417 | -77.52 | Sep 04 | 0975797716 | # 25508 | -117.00 | Sep 27 | 0973938920 |
| # 25418 | -77.52 | Sep 04 | 0975797717 | # 25509 | -4,139.24 | Sep 28 | 0974191182 |
| # 25427 | -357.92 | Sep 18 | 0972173327 | # 25510 | -54.59 | Sep 27 | 0974173085 |
| * 25448 | -46.32 | Sep 04 | 0950150108 | # 25511 | -54.59 | Sep 27 | 0950159247 |
| * 25455 | -157.72 | Sep 06 | 0976785781 | # 25512 | -80.00 | Sep 27 | 0950266945 |
| * 25456 | -232.75 | Sep 05 | 0976232762 | # 25513 | -37.46 | Sep 27 | 0973927467 |
| # 25457 | -245.48 | Sep 10 | 0970284824 | # 25514 | -492.26 | Sep 27 | 0973938191 |
| * 25466 | -6,180.67 | Sep 18 | 0972154095 | # 25515 | -1,796.30 | Sep 28 | 0974017515 |
| * 25470 | -51.00 | Sep 27 | 0973839986 | # 25517 | -58.89 | Sep 27 | 0973900044 |
| # 25471 | -36.00 | Sep 28 | 0950241602 | # 25519 | -78.24 | Sep 27 | 0973847837 |
| # 25472 | -106.40 | Sep 28 | 0950241603 | # 25520 | -25.89 | Sep 28 | 0974045527 |
| # 25473 | -82.40 | Sep 28 | 0974054666 | # 25521 | -77.52 | Sep 26 | 0973645959 |
| # 25474 | -10.08 | Sep 26 | 0973647562 | # 25522 | -1,897.00 | Sep 27 | 0973809291 |
| # 25475 | -12.39 | Sep 26 | 0973647553 | # 25523 | -98.95 | Sep 27 | 0973956525 |
| * 25477 | -125.77 | Sep 28 | 0880000586 | # 25525 | -24.66 | Sep 27 | 0950012769 |
| # 25478 | -49.63 | Sep 28 | 0880028860 | # 25526 | -1,799.50 | Sep 26 | 0950084770 |
| # 25479 | -1,241.20 | Sep 27 | 0973809292 | # 25527 | -71.10 | Sep 26 | 0950084771 |
| # 25480 | -697.35 | Sep 27 | 0973809293 | # 25530 | -59.43 | Sep 28 | 0974053071 |
| # 25481 | -4,640.00 | Sep 27 | 0973828684 | # 25531 | -37.46 | Sep 28 | 0950203893 |
| # 25482 | -1,410.00 | Sep 27 | 0973835802 | # 25535 | -126.26 | Sep 27 | 0973937710 |
| # 25483 | -1,299.81 | Sep 27 | 0973835801 | # 25536 | -63.00 | Sep 26 | 0973647868 |
| # 25484 | -334.40 | Sep 27 | 0973848552 | # 25537 | -90.67 | Sep 27 | 0950159246 |
| # 25485 | -91.00 | Sep 27 | 0973848553 | # 25538 | -24.66 | Sep 27 | 0973809181 |
| # 25486 | -91.00 | Sep 27 | 0973848554 | # 25539 | -46.32 | Sep 27 | 0973938184 |
| # 25487 | -20.75 | Sep 28 | 0950142549 | # 25542 | -82.40 | Sep 27 | 0973862854 |
| # 25488 | -103.00 | Sep 27 | 0973848560 | # 25543 | -100.63 | Sep 27 | 0973863173 |
| # 25489 | -1,270.94 | Sep 26 | 0950084772 | # 25544 | -33.99 | Sep 27 | 0973863174 |
| # 25490 | -237.46 | Sep 28 | 0950142365 | # 25545 | -124.20 | Sep 27 | 0973938924 |
| * 25501 | -71.40 | Sep 28 | 0950289546 | # 25546 | -316.00 | Sep 27 | 0973938925 |
| # 25502 | -93.29 | Sep 28 | 0974053072 | # 25547 | -107.20 | Sep 27 | 0973938921 |
| # 25503 | -2.95 | Sep 28 | 0974053070 | # 25548 | -326.00 | Sep 27 | 0973938923 |

Total checks paid this statement period: -$60,844.58
Total number of checks paid this statement period: 70

12-33788-jda    Doc 220    Filed 11/09/12    Entered 11/09/12 09:54:14    Page 24 of 29



*Commercial Checking* statement
September 1, 2012 to September 30, 2012

# Commercial Checking: 1852653268

## Transfers to other accounts this statement period

| Date | Amount ($) | Activity | | Bank reference number |
|------|-----------|----------|---|-----------------------|
| Sep 06 | -20,000.00 | Tmw Funds Transfer To Account | 1851813285 | 0T43455564 |
| Sep 14 | -20,000.00 | Tmw Funds Transfer To Account | 1851813285 | 0T43510015 |

Total Transferred to Other Accounts: -$40,000.00
Total number of Transfers to Other Accounts: 2

 **Lowest daily balance**
Your lowest daily balance this statement period was **$36,127.94**
on **September 26, 2012.**

RICHFIELD EQUITIES, LLC          Sept 30, 2012
Bank Reconciliation             Comerica Bank
General Account                 #1851-233393

         BALANCE PER BANK              319.56


         ADJUSTED BANK BALANCE         319.56


1021000 BALANCE PER G/L              319.56        BALANCE PER CASH SHEET          99.78


                                                   ADJ CASH SHEET BALANCE           99.78
                                                                                   219.78

         ADJ G/L BALANCE              319.56
         Deposit Variance                 -
                                                   NSF Checks
OUTSTANDING CHECKS:
                                                   Prior NSF Checks
                                                   NSF Check Redeposited
                                                   New NSF Checks

                                                                                    0.00


         SUB-TOTAL            -            -            -

         TOTAL OUTSTANDING CHECKS                                                      -

RICHFIELD EQUITIES LLC
G/L History Detail Report
09/01/12 To 09/30/12

| Account No | Trx Date | Jrnl | Audit No | G/L Trx No | Line | Job | Description | Debit | Credit | Vnd / Cust No | Trx No |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1211000 | | | CASH IN BANK - COMERICA BANK | | | | | | | | |
| | 09/30/12 | STD | 410 | 514 | 21 | | STD #3 - MGT ACH PAYMENT | 442.00 | | | |
| | 09/30/12 | STD | 410 | 517 | 10 | | STD #6 - LINE PAYDOWN | | 411.37 | | |
| | 09/30/12 | G/L | 413 | 522 | 2 | | MISC05 INTERCO CORRECTIONS | | 442.00 | | |
| | 09/30/12 | G/L | 413 | 522 | 3 | | MISC05 INTERCO CORRECTIONS | 411.37 | | | |
| | | | | | | | Account Totals: | 853.37 | 853.37 | | |
| | | | | | | | Beginning Balance: | 319.56 | | | |
| | | | | | | | Current Period: | | | | |
| | | | | | | | Ending Balance: | 319.56 | | | |

## *Commercial Checking* account details: 1851233393

### Electronic deposits this statement period

| | | | Reference numbers | |
| Date | Amount ($) | Activity | Customer | Bank |
| --- | --- | --- | --- | --- |
| Sep 13 | 411.37 | Veolia Payment 120912 J42130000203151 | | 9488722106 |

**Total Electronic Deposits: $411.37**
**Total number of Electronic Deposits: 1**

### Electronic withdrawals this statement period

| | | | Reference numbers | |
| Date | Amount ($) | Activity | Customer | Bank |
| --- | --- | --- | --- | --- |
| Sep 13 | -411.37 | Commercial Loan Detroit 7294B23235 | | 9488632668 |

**Total Electronic Withdrawals: -$411.37**
**Total number of Electronic Withdrawals: 1**

 **Lowest daily balance**

Your lowest daily balance this statement period was **$319.56**
on September 1, 2012.



*Commercial Checking* statement
September 1, 2012 to September 30, 2012

## Commercial Checking: 1851233393

**PLEASE EXAMINE THIS STATEMENT PROMPTLY**

**Reporting Errors and Unauthorized Transactions**

**Personal Accounts:** *Electronic Funds Transfers:* In Case of Errors (including unauthorized electronic transactions) or Questions About Your Electronic Transfers: Call us at the telephone number printed on the first page of this statement or write us at the address printed on the first page of this statement as soon as you can, if you think this statement or your receipt is wrong or if you need more information about a transfer on the statement or receipt. For pre-authorized transfers (e.g., insurance payments, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. We must hear from you no later than 60 days after we sent you the FIRST statement on which the Error or problem appeared.

When reporting the Error: (1) tell us your name and account number (if any); (2) describe the Error (an Error includes an unauthorized electronic funds transfer) or the electronic transfer you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error or the transaction you question.

We will investigate your complaint and will correct any Error promptly. If we take more than 10 business days (20 business days for new accounts) to do this, we will credit your account for the amount you think is in Error so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not provide provisional credit to your account.

*Comerica Check Card Transactions:* Notwithstanding the above information, if your account was debited for a transaction resulting from the use of your Comerica Check Card or Check Card number (does not apply to ATM Cards or Visa Check Cards that are not activated), you may have additional rights and protections. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Funds Transfer Transactions:* If you need a copy of a check or additional information about a transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic funds transfer transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Comerica Business and Personal Deposit Contract for further details.

**Business Accounts:** *Electronic Transactions:* If you think this statement shows an Error (an Error includes an unauthorized electronic transaction) or an ATM receipt you received is wrong or if you need more information about an electronic transaction listed on the statement, call or write us as soon as possible at the telephone number or address printed on the first page but always within 30 days of when we first made the information available to you regarding the transaction. For pre-authorized transfers (e.g., insurance payment, etc.), call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Services Department, Attn: Research, P.O. Box 75000, Detroit, Michigan 48275-7570. For Comerica ATM Card or Comerica Business Check Card transactions, call us at the telephone number printed on the first page or write us at Comerica Bank – Electronic Processing, P.O. Box 75000, Detroit, Michigan 48275-7584. For all claims related to an electronic transaction, we must hear from you no later than 30 days after we first made the information available to you regarding the transaction otherwise you may waive your right to recover for the loss you incurred. Call or write us as soon as possible at the telephone number or address printed on the first page and (1) tell us your name and account number; (2) describe the Error or transaction you are unsure about, and explain as clearly as you can why you believe it is an Error or why you need more information; and (3) tell us the dollar amount of the suspected Error. We reserve the right to require that you complete an affidavit regarding claims of unauthorized transactions. If we timely receive your claim, we will investigate your claim and correct any Errors within the time frame required by law. If the claim is for an unauthorized electronic transaction and we find your claim genuine, we will process your claim in accordance with ACH rules or other applicable electronic clearinghouse rules. To the extent we recover we will refund to you the recovery. If an electronic transaction, including wire transfer was conducted in accordance with the terms of an electronic service you agreed to obtain from us, the terms of that agreement will govern whether the transaction in question is authorized or not.

*Comerica Business Check Card Transactions:* If your account was debited for a transaction resulting from the use of your Comerica Business Check Card or Check Card number (does not apply to ATM Cards or Visa Check Cards that are not activated) or if your claim is related to an electronic debit transaction resulting from the use of your Comerica Check Card or Check Card number, you may have rights and protections in addition to those described above. See the Comerica Business and Personal Deposit Account Contract for specific information.

*Checks and Other Non-Electronic Transactions:* If you need a copy of a check or additional information about a non-electronic transaction, you can call us at the telephone number on the first page of this statement. State law and the terms of the Business and Personal Deposit Contract govern your liability and the Bank's for fraudulent checks and non electronic transactions. The best way to limit your possible loss is to report any unauthorized activity involving your account as soon as possible but always within 30 days of when we sent the statement to you or otherwise made the information available to you. See the Business and Personal Deposit Contract for further details. You should keep this statement for your records.

**Balancing Your Account:** For assistance on how to balance your account, please call us at the phone number listed on your account statement or visit your local Comerica banking center.