IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

------------------------------------------------------------------ x
In re:                                              )
                                                    )    Chapter 11
**RICHFIELD EQUITIES, L.L.C.,**[1]                  )    Case No. 12-33788
    a Michigan limited liability company,   )    Honorable Daniel S. Opperman
                                                    )
    Debtor.                             )    *Jointly Administered*
------------------------------------------------------------------ x

### STIPULATION FOR EXTENSION OF TERMINATION DATE UNDER FINAL ORDER AUTHORIZING POSTPETITION FINANCING AND GRANTING ADEQUATE PROTECTION

Comerica Bank and the above captioned Debtors stipulate and agree that the Termination Date under Paragraph 1(g) of the *AMENDED FINAL ORDER AUTHORIZING POSTPETITION FINANCING AND GRANTING ADEQUATE PROTECTION* [Docket No. 214] (the "Final Financing Order") is extended from November 9, 2012 to November 30, 2012. Attached is an updated Budget under Paragraph 1(e) of the Final Financing Order.

---

[1] The Debtors in this jointly administered bankruptcy proceeding are: Richfield Equities, L.L.C., Case No. 12-33788; Richfield Landfill, Inc., Case No. 12-33789; Richfield Management, L.L.C., Inc., Case No. 12-33790; and Waste Away Disposal, L.L.C., Case No. 12-33791.

| CARSON FISCHER, P.L.C. | BODMAN PLC |
|---|---|
| /s/ Christopher A. Grosman | /s/ Marc M. Bakst |
| Joseph M. Fischer (P13452) | Ralph E. McDowell (P39235) |
| Robert A. Weisberg (P26698) | Marc M. Bakst (P41575) |
| Christopher A. Grosman (P58693) | 1901 St. Antoine Street |
| 4111 Andover Road | 6th Floor at Ford Field |
| West - Second Floor | Detroit, MI 48226 |
| Bloomfield Hills, Michigan 48302 | Telephone: 313-259-7777 |
| Telephone: (248) 644-4840 | Facsimile: 313-393-7579 |
| Facsimile: (248) 644-1832 | E-mail: RMcDowell@BodmanLaw.com |
| E-mail: JFischer@CarsonFicher.com | MBakst@BodmanLaw.com |
| RWeisberg@CarsonFischer.com | |
| CGrosman@CarsonFischer.com | |
| *Counsel for the Debtors* | *Counsel for Comerica Bank* |

**Richfield Equities, LLC**
**Davison Landfill**
*"Idle" Plan for Kinderhook Transaction*

| | # of Weekdays | 5 | 4 | 5 | |
|---|---|---|---|---|---|
| | # of Days | 7 | 7 | 7 | |
| | # of Weeks | 1 | 1 | 1 | |
| | | 11/16/2012 | 11/23/2012 | 11/30/2012 | Total |
| *Payroll* | | 6,641 | 6,641 | 6,641 | 19,922 |
| *Temp Labor for Misc Transition Tasks* | | 600 | 600 | 600 | 1,800 |
| *Employee Medical Insurance* | | 6,000 | | | 6,000 |
| *Fuel* | | 2,125 | 1,700 | 2,125 | 5,950 |
|   Yellow Equipment Preventative Maintenance | | 4,000 | 4,000 | 4,000 | 12,000 |
|   Major & Minor Yellow Equipment Repairs | | 1,000 | 1,000 | 1,000 | 3,000 |
|   SARS Preventative Maintenance | | | | | - |
| *Repairs & Maintenance - Total* | | 5,000 | 5,000 | 5,000 | 15,000 |
|   State of Michigan Surcharge (Quarterly) | | | | | - |
|   Richfield Township Surcharges (Quarterly) | | | | | - |
|   Genesee County Surcharges (Quarterly) | | | | | - |
|   Other Gate Fees | | | | | - |
| *Gate Fees - Total* | | - | - | - | - |
| *Disposal Costs* | | - | - | - | - |
| *Leachate Removal* | | 13,300 | 13,300 | 13,300 | 39,900 |
|   Blue Skies Energy | | 166 | 166 | 166 | 498 |
|   Consumers Energy | | 24 | 24 | 24 | 72 |
|   Hamilton's Propane | | 59 | 59 | 59 | 177 |
|   Hughes Net | | 16 | 16 | 16 | 47 |
|   Frontier | | 51 | 51 | 51 | 152 |
|   Cell Phones (various, Sprint ATT, Verizon)/Tablets | | 160 | 160 | 160 | 480 |
| *Utilities - Total* | | 475 | 475 | 475 | 1,426 |
| *Supplies* | | 3,000 | 3,000 | 3,000 | 9,000 |
| *Employee Expenses* | | 600 | 600 | 600 | 1,800 |
|   CRA | | | 5,000 | | 5,000 |
|   Elite Electric | | | | | - |
|   JD Fusion | | | | | - |
|   Keift Engineering | | | | | - |
|   McDowell | | | | | - |
|   SME | | | | | - |
|   Stiverson | | 150 | 75 | | 225 |
|   Test America | | 300 | 23,000 | | 23,300 |
|   Wilcox | | | | | - |
|   Others | | | | | - |
| *Compliance - Total* | | 450 | 28,075 | - | 28,525 |
|   Commercial Credit Group | | | | | - |
|   Commercial Credit Group | | | | | - |
|   Komatsu | | | 4,149 | | 4,149 |
|   Volvo | | 3,981 | | | 3,981 |
|   Volvo | | | | 2,479 | 2,479 |
|   Other | | | | | - |
| *Debt Obligation (non-interest) - Total* | | 3,981 | 4,149 | 2,479 | 10,608 |
| *Incremental Financial Assurance (LC)* | | | | | - |
|   Wheel loader | | | | | - |
|   Other | | | | | - |
| *Rental & Leases - Total* | | - | - | - | - |
| *Insurance - Total* | | 80,000 | - | - | 80,000 |

**Richfield Equities, LLC**
**Davison Landfill**
*"Idle" Plan for Kinderhook Transaction*

| | # of Weekdays | 5 | 4 | 5 | |
| | # of Days | 7 | 7 | 7 | |
| | # of Weeks | 1 | 1 | 1 | |

| | 11/16/2012 | 11/23/2012 | 11/30/2012 | Total |
|---|---|---|---|---|
| Real Property | | | | - |
| Personal Property | | | | - |
| Sales & Use Tax | | | | - |
| Other Tax | | | | - |
| **Taxes - Total** | - | - | - | - |
| Consent Action Plan (CAP) | | | | - |
| Sand | | | | - |
| Clay | | | | - |
| Other | | | | - |
| *Landfill Construction* | - | - | - | - |
| One Time Items | 6,000 | - | - | 6,000 |
| **Total Davison Expenses** | $ 128,172 | $ 63,540 | $ 34,220 | $ 225,932 |
| | | | | - |
| *Landfill Revenue* | | | | |
| Tons per day - current air space longest duration | 25 | 25 | 25 | 25 |
| # of Weekdays | | 5 | 4 | 5 |
| **Total Tons** | | 125 | 100 | 125 | 350 |
| Average price per Ton | $ - | $ - | $ - | $ - |
| **Total Revenue** | $ - | $ - | $ - | $ - |
| | | | | - |
| **Net Operating Cash Flow** | $ (128,172) | $ (63,540) | $ (34,220) | $ (225,932) |
| | | | | |
| *Professional Fees* | | | | |
| Huron | 22,500 | 20,000 | 20,000 | 62,500 |
| Carson Fischer | 20,000 | 20,000 | 20,000 | 60,000 |
| Trustee | | | 5,000 | 5,000 |
| UCC Counsel | 5,000 | 5,000 | 5,000 | 15,000 |
| Butzel | 5,000 | 5,000 | 5,000 | 15,000 |
| KCC | 3,000 | 3,000 | 3,000 | 9,000 |
| Other | 2,500 | 2,500 | 2,500 | 7,500 |
| **Total Professional Fees** | $ 58,000 | $ 55,500 | $ 60,500 | $ 174,000 |
| | | | | |
| **Net Cash Flow** | $ (186,172) | $ (119,040) | $ (94,720) | $ (399,932) |

***Footnotes:***
Budget assumes minimal waste intake to remain in compliance with the Richfield Township Host Community Agreement.
Assumes sold Emterra and Khook assets.
Employees: landfill manager, 2 operators, 1 scale/finance, Environmental compliance (Sandy + Wes).
Insurance estimate is a plug. Currently waiting on broker to provide quotes for Davison stand alone.
Consent Action Plan is an estimate. Currently waiting on quotes.