UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

TRANSMITTAL OF FINANCIAL REPORTS AND
CERTIFICATION OF COMPLIANCE WITH
UNITED STATES TRUSTEE OPERATING REQUIREMENTS FOR

THE PERIOD ENDED: 11/30/2012

In re:                                                                                                                           Case Number: 12-33791-dof
Chapter 11

**Waste Away Disposal, L.L.C.**                                                                              Judge: HON. Daniel S. Opperman
Debtor.
_____/

As debtor in possession, I affirm:

1. That I have reviewed the financial statements attached hereto, consisting of:

       X    Operating Statement                         (Form 2)
       X    Balance Sheet                                 (Form 3)
       X    Summary of Operations                  (Form 4)
       X    Monthly Cash Statement                (Form 5)
       X    Statement of Compensation        (Form 6)
       X    Schedule of In-Force Insurance     (Form 7)

   and that they have been prepared in accordance with normal and customary accounting practices, and fairly and accurately reflect the debtor's financial activity for the period stated;

2. That the insurance, including workers' compensation and unemployment insurance, as described in Section 5 of the Operating Instructions and Reporting Requirements For Chapter 11 Cases is in effect; and,
   (if not, attach a written explanation)         Yes __X__         No _____

3. That all post-petition taxes as described in Sections 9 of the Operating Instructions and Reporting Requirements For Chapter 11 cases are current.
   (If not, attach a written explanation)         Yes __X__         No _____

4. No professional fees (attorney, accountant, etc.) have been paid without specific court authorization.
   (If not, attach a written explanation)         Yes __X__         No _____

5. All United States Trustee Quarterly fees have been paid and are current.
                                                              Yes __X__         No _____

6. Have you filed your pre-petition tax returns.
   (If not, attach a written explanation)         Yes __X__         No _____

I hereby certify, under penalty of perjury, that the information provided above and in the attached documents is true and correct to the best of my information and belief.

Dated:                      1/28/2013             /s/ Jeffrey M. Beard
                                                                 Debtor in Possession
                                                                  Chief Restructuring Officer            248-244-2413
                                                                  Title                                           Phone

*Form 1*

**OPERATING STATEMENT (P&L)**

      Period Ending:   11/30/2012
      Case No:     12-33791-dof

| | Current Month Nov-12 | Total Since Filing on 9/18/2012 |
|---|---:|---:|
| Total Revenue/Sales | $ - | $ - |
| Payroll Direct Labor | $ - | $ - |
| Health & Wellfare | - | - |
| Payroll Taxes | - | - |
| Workers Compensation Expense | - | - |
| Fuel | - | - |
| Disposal Fees - RLI | - | - |
| Disposal Fees - Other | - | - |
| Repairs and Maintenance | - | - |
| Tires | - | - |
| Other Direct Operating Costs | - | - |
|  Total Cost of Sales | $ - | $ - |
|  **GROSS PROFIT** | **$ -** | **$ -** |
| **INDIRECT EXPENSES:** | | |
|  Insurance | $ - | $ - |
|  Payroll Office | - | - |
|  Management Fees | - | - |
|  Commissions/Royalties | - | - |
|  Penalties/Fines | - | - |
|  Other Operating Expenses | - | - |
|  Income taxes | - | - |
|  Depreciation & Amort | - | - |
|  Interest | - | - |
| **TOTAL INDIRECT EXPENSES:** | **$ -** | **$ -** |
| **NET OPERATING PROFIT/(LOSS)** | **$ -** | **$ -** |
| **Add: Non-Operating Income:** | | |
|  Interest Income | $ - | $ - |
|  Other Income | - | - |
| **Less: Non-Operating Expenses:** | | |
|  Professional Fees | - | - |
|  Other | - | - |
| **NET INCOME/(LOSS)** | **$ -** | **$ -** |

**BALANCE SHEET**

Period Ending: 11/30/2012
Case No: 12-33791-dof

|  | **Current Month** 11/30/2012 | **Prior Month** 10/31/2012 |
|---|---|---|
| **ASSETS:** | | |
| Cash & Securities | $ - | $ - |
| Deposits | - | - |
| Inventory | - | - |
| Accounts Receivables | - | - |
| Intercompany Receivables | - | - |
| Land and Buildings | - | - |
| Cell Construction | - | - |
| Furniture, Fixtures & Equip | - | - |
| Accumulated Depreciation | - | - |
| Intangibles Net of Amort. | - | - |
| Investment in Subsidiaries | - | - |
| Perpetual Care Funds | - | - |
| Other Current Assets | - | - |
| Pre-Paid Expenses | - | - |
| **TOTAL ASSETS** | **$ -** | **$ -** |
| **LIABILITIES:** | | |
| **POST-PETITION LIABILITIES** | | |
| Accounts Payable | $ - | $ - |
| Wages and Salaries | - | - |
| Taxes Payable | - | - |
| **TOTAL POST-PETITION LIABILITIES** | $ - | $ - |
| **SECURED LIABILITIES:** | | |
| Subject to Post-petition | $ - | $ - |
| Collateral or Financing Order | - | - |
| All Other Secured Liabilities | - | - |
| Accrued interest | - | - |
| **TOTAL SECURED LIABILITIES** | $ - | $ - |
| **PRE-PETITION LIABILITIES:** | | |
| Taxes & Other Priority Liabilities | $ - | $ - |
| Unsecured Liabilities | | |
| Accrued Closure Costs | - | - |
| Loan Payable - Other | - | - |
| Loans Payable - Intercompany | - | - |
| Loan Payable Stockholders | - | - |
| Accts Payable | - | - |
| Accrued Expenses | - | - |
| Unearned Revenue | - | - |
| Accounts Payable - related | - | - |
| **TOTAL PRE-PETITION LIABILITIES** | $ - | $ - |
| **EQUITY:** | | |
| Owners Capital | $ - | $ - |
| Retained Earnings Pre-Petition | - | - |
| Retained Earnings Post-Petition | - | - |
| Current Earnings per YTD Income Statement | - | - |
| **TOTAL EQUITY** | $ - | $ - |
| **TOTAL LIABILITIES** | $ - | $ - |
| **TOTAL LIABILITIES AND EQUITY** | **$ -** | **$ -** |

**SUMMARY OF OPERATIONS**
        Period Ended: 11/30/2012
        Case No: 12-33791-dof

Schedule of Post-Petition Taxes Payable

| | Beginning Balance | Accrued/Withheld | Payments/Deposits | Ending Balance |
|---|---|---|---|---|
| Income Taxes Withheld: | | | | |
|   Federal | $ - | $ - | $ - | $ - |
|   State | - | - | - | - |
|   Local | - | - | - | - |
| FICA Withheld: | - | - | - | - |
| Employers FICA: | - | - | - | - |
| Unemployment Tax: | | | | |
|   Federal | - | - | - | - |
|   State | - | - | - | - |
| Sales, Use & Excise Taxes | - | - | - | - |
| Property Taxes: | - | - | - | - |
| Workers' Compensation | - | - | - | - |
| Other: | - | - | - | - |
| **TOTAL** | **-** | **-** | **-** | **-** |

**AGING OF ACCOUNTS RECEIVABLE**
**AND POST-PETITION ACCOUNTS PAYABLE**

| Age in Days Post Petition | 0-30 | 30-60 | Over 60 | Reserve |
|---|---|---|---|---|
| **Accounts Payable** | - | - | - | - |
| **Accounts Receivable** | - | - | - | - |

For all post-petition accounts payable over 30 days old, please attach a sheet listing each such account, to whom the account is owed, the date the account was opened, and the reason for non-payment of the account.

Describe events or factors occurring during this reporting period materially affecting operations and formulation of a Plan of Reorganization:

Richfield Equities, L.L.C. et al. is currently pursuing sales of its operating assets and
such transactions will be subject to Court approval. On November 9, 2012, Debtors closed
the transactions related to both the Rizzo Contracts Sale and the Halton Sale. Details of these
transactions are available on the court docket.

**MONTHLY CASH STATEMENT**

Period Ending: 11/30/2012
Case No: 12-33791-dof

**Cash Activity Analysis (Cash Basis Only):**

| | | | | |
|---|---|---|---|---|
| A. | Beginning Balance | $ - | | |
| B. | Receipts | - | | |
| C. | Balance Available (A+B) | - | | |
| D. | Less Disbursements (See Exhibit 1) | - | | |
| E. | Ending Balance (C-D) | - | | |

**ATTENTION: Please enter the TOTAL DISBURSEMENT from all your accounts, including cash and excluding transfers, onto the line below. This is the number that will determine your quarterly fee payment.** $ -

(PLEASE ATTACH COPIES OF MOST RECENT RECONCILED BANK STATEMENTS FROM EACH ACCOUNT)
Notes: copies of bank balance printouts

1. Depository Name & Location     N/A
2. Account Number

1. Depository Name & Location
2. Account Number

Other monies on hand (specify type and location) i.e., CD's, bonds, etc.:

Date: 1/28/2013          /s/ Jeffrey M. Beard
                        Debtor in Possession

# MONTHLY STATEMENT OF INSIDER COMPENSATION/PAYMENTS

Period Ending: 11/30/2012
Case No: 12-33791-dof
See Exhibit 1 for list of Insiders considered

The following information is to be provided for each shareholder, officer, director, manager, insider, or owner that is employed by the debtor in possession. (Attach additional pages if necessary.)

**Name:** N/A        **Capacity:**   Shareholder
                   Officer
                   Director
                   Insider

**Detailed Description of Duties:**

| | | | |
|---|---|---|---|
| **Current Compensation Paid:** | Weekly | or | Monthly |
| | | | $ - |
| **Current Benefits Paid:** | Weekly | or | Monthly |
| Health Insurance | | | |
| Life Insurance | | | |
| Retirement | | | |
| Company Vehicle | | | |
| Entertainment | | | |
| Travel | | | |
| Other Benefits | | | |
| Total Benefits | $ - | | $ - |
| **Current Other Payments Paid:** | | | |
| Rent Paid | | | |
| Loans | | | |
| Commissions | | | |
| Total Other Payments | $ - | | $ - |
| **CURRENT TOTAL OF ALL PAYMENTS:** | Weekly | or | Monthly |
| | | | $ - |

**Dated:** 1/28/2013

## SCHEDULE OF IN-FORCE INSURANCE

Period Ending: 11/30/2012
Case No: 12-33791-dof

| INSURANCE TYPE | CARRIER | EXPIRATION DATE |
|---|---|---|
| Auto, Limited Auto Pollution, Excess Auto Liability Insurance | Acuity | 4/10/2013 |
| Property/Inland Marine | Lloyds Of London | 11/6/2013 |
| Real Property | Certain Underwriters at Lloyds-BeazleySyndicate | 6/16/2013 |
| General Liability, Environmental (pollution) & Excess Liability | Endurance | 2/25/2013 |
| Closure/Post Closure | Greenwich Insurance | N/A |
| Minimum Premium Workers' Compensation [1] | Travelers Ins. | 6/1/2013 |

[1] Excludes separate amounts paid to Building Service Provider ("BSP") for primary workers' compensation program
[2] Current insurance coverages have been adjusted to reflect the asset sales in November 2012

# EXHIBITS

**Waste Away Disposal, L.L.C.**
Case No.         12-33791-dof
Period Ended     11/30/2012


## 1. List of Insiders Considered

*Exhibit 1*

**Richfield Equities LLC, et al.**
**List of Insiders Considered**

**Shareholders:**
Rumbold & Family, L.L.C.
Frederick Hambleton
C. Thomas Toppin
Gary Varisto
Joanna Hodson
Antoinette McGregor

**Officers and Directors (not already shareholders):**
Jeffrey Beard
Bernhard Rumbold

**Affiliatates (common ownership over 20%):**
Tri City Aggregates Inc.
Rewards for Recycling
C. Thomas Toppin & Associates

**Family:**
Paula K Rumbold-Elosegui
Rob Elosegui