UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| IN RE:<br><br>Richfield Equities, L.L.C., *et al.*,[1]<br>a Michigan limited liability company,<br><br>    Debtors. | Case No. 12-33788-dof<br>Chapter 11<br>*(Jointly Administered)*<br><br>Hon. Daniel S. Opperman |

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF RICHFIELD EQUITIES, L.L.C., *ET AL.*'S LIMITED OBJECTION TO DEBTORS' EMERGENCY MOTION TO CONVERT CHAPTER 11 CASES TO CHAPTER 7**

    Wolfson Bolton, PLLC ("WB"), counsel to the Official Committee of Unsecured Creditors of Richfield Equities, L.L.C., *et al.* (the "Committee"), and for its Limited Objection ("Limited Objection") to Debtors' Emergency Motion to Convert Chapter 11 Cases to Chapter 7 ("Motion") [Docket No. 357] states:

    1. The stated basis for Debtors' conversion is that Debtors "have no ability to pay employees or any other expenses or to maintain, or conduct any operations at, the Richfield Landfill, or otherwise." (Motion, ¶ 14).

    2. However, despite this admission, Debtors do not seek the conversion of Richfield Management, L.L.C. from Chapter 11 to Chapter 7.

    3. Debtor Richfield Management, L.L.C. has no ability to fund on-going operations in Chapter 11.

    4. Accordingly, the Committee objects to the Motion and requests that Debtor Richfield Management, L.L.C. be converted from Chapter 11 to Chapter 7 for the same reasons articulated by Debtors in the Motion.

    5. The Committee anticipates filing an emergency motion to convert Debtor Richfield

---

[1] The Debtors in this jointly administered bankruptcy proceeding are: Richfield equities, L.L.C, Case No. 12-33788; Richfield Landfill, Inc., Case No. 12-33789; Richfield Management, L.L.C., Inc., Case No. 12-33790; and Waste Away Disposal, L.L.C., Case No. 12-33791.

Management, L.L.C. from Chapter 11 to Chapter 7 and will be seeking to have such motion heard at the same time as Debtors' Motion.

    WHEREFORE, the Committee respectfully requests that the Court sustain this Limited Objection and grant the Committee such additional relief as is just and equitable.

Respectfully submitted,

WOLFSON BOLTON PLLC

Dated: February 19, 2013

By: /s/ Anthony J. Kochis
    Scott A. Wolfson (P53194)
    Anthony J. Kochis (P72020)
3150 Livernois, Suite 275
Troy, MI 48083
Telephone: (248) 247-7105
Facsimile: (248) 247-7099
E-Mail: akochis@wolfsonbolton.com