| | | | | | |
|---|---|---|---|---|---|

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| **Case No.:** 12-33789-DSO | **Trustee Name:** | Samuel D. Sweet |
| **Case Name:** Richfield Landfill, Inc. | **Date Filed (f) or Converted (c):** | 02/25/2013 (c) |
| **For the Period Ending:** 4/18/2013 | **§341(a) Meeting Date:** | 03/21/2013 |
| | **Claims Bar Date:** | 07/17/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1 | Building 11145-11535 E Mt Morris Richfield Twp, MI 48759 | $38,152.53 | Unknown | | $0.00 | Unknown |
| 2 | Cell construction 11145-11535 E Mt Morris Richfield Twp, MI 48759 | $8,137,254.07 | Unknown | | $0.00 | Unknown |
| 3 | Land and improvements 11145-11535 E Mt Morris Richfield Twp, MI 48759 | $1,763,056.91 | Unknown | | $0.00 | Unknown |
| 4 | Petty cash 11145-11535 E Mt Morris | $2,099.55 | $0.00 | | $0.00 | FA |
| 5 | Citizens Bank Wealth Management, 328 S. Saginaw St., Flint, MI 48502 Richfield Landfill Inc. Escrow Fund (Account XX-XXXX- 01-0) Funds in escrow or trust are legally restricted for purposes of settling closure, post-closure and remedial obligations for the Debtors' two landfills. | $1,889,711.45 | $0.00 | | $0.00 | FA |
| 6 | Comerica, 201 W. Fort St., Detroit, MI 48226 General Account (Account XXXXXX4815) Primary disbursement account for Richfield Landfill; used to fund payroll obligations for Richfield Landfill employees. | $1,031.17 | $0.00 | | $0.00 | FA |
| 7 | Various | $2,866.31 | $0.00 | | $0.00 | FA |
| 8 | 3rd party receivables Trade | $189,744.72 | $0.00 | | $0.00 | FA |
| 9 | Loans receivable | $11,421.88 | $0.00 | | $0.00 | FA |
| 10 | Net intercompany balance | $3,046,729.56 | $0.00 | | $0.00 | FA |
| 11 | Richfield Landfill, Inc. v Trinity Environmental Unliquidated Solutions, LLC A/R - Defendant has not paid for landfill services provided by Plaintiff | $0.00 | $0.00 | | $0.00 | FA |
| 12 | IT equipment 11145-11535 E Mt Morris | $220.21 | $0.00 | | $0.00 | FA |
| 13 | Machinery and equipment 11145-11535 E Mt Morris | $1,518,793.87 | Unknown | | $0.00 | Unknown |
| 14 | Office equipment and furniture 11145-11535 E Mt Morris | $0.00 | $0.00 | | $0.00 | FA |
| 15 | Software 11145-11535 E Mt Morris | $1,724.59 | $0.00 | | $0.00 | FA |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 12-33789-DSO | | Trustee Name: | Samuel D. Sweet |
|---|---|---|---|---|
| Case Name: | Richfield Landfill, Inc. | | Date Filed (f) or Converted (c): | 02/25/2013 (c) |
| For the Period Ending: | 4/18/2013 | | §341(a) Meeting Date: | 03/21/2013 |
| | | | Claims Bar Date: | 07/17/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 16 Fuel inventory 11145-11535 E Mt Morris | $22,233.57 | $0.00 | | $0.00 | FA |
| 17 Capital purchases in progress 11145-11535 E Mt Morris | $784,397.50 | $0.00 | | $0.00 | FA |
| 18 Prepaid operating expenses 11145-11535 E Mt Morris | $217,114.43 | $0.00 | | $0.00 | FA |
| 19 Prepaid taxes 11145-11535 E Mt Morris | $11,998.74 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

|  | $17,638,551.06 | $0.00 | | $0.00 | $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

03/29/2013    Trustee is investigating the business assets in this case that have been administratively consolidated in the case of Richfield Equities, LLC, Case No. 12-33788, per court order.

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 09/18/2014 |
| **Current Projected Date Of Final Report (TFR):** | 09/18/2014 |

/s/ SAMUEL D. SWEET

SAMUEL D. SWEET