# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 12-33790-DSO | Trustee Name: | Samuel D. Sweet |
|---|---|---|---|
| Case Name: | Richfield Management, L.L.C. | Date Filed (f) or Converted (c): | 02/25/2013 (c) |
| For the Period Ending: | 4/18/2013 | §341(a) Meeting Date: | 03/21/2013 |
| | | Claims Bar Date: | 07/17/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1  See Schedule A Attachment | $9,014,142.33 | $0.00 | | $0.00 | FA |
| 2  Petty cash 1606 E Webster Rd | $750.00 | $0.00 | | $0.00 | FA |
| 3  Petty cash 4131 Dove Rd | $1,000.00 | $0.00 | | $0.00 | FA |
| 4  Petty cash 4151 S McMillan Rd | $864.07 | $0.00 | | $0.00 | FA |
| 5  Comerica, 201 W. Fort St., Detroit, MI 48226 General Account (XXXXXX3285) Primary disbursement account for Richfield Management; used to fund payroll obligations for Richfield Management employees; also accepts Pay Pal and credit card payments from customers. | $61,272.32 | $0.00 | | $0.00 | FA |
| 6  Comerica, 201 W. Fort St., Detroit, MI 48226 Cove Account (XXXXXX3293) Open, non-operating account | $99.78 | $0.00 | | $0.00 | FA |
| 7  PNC Wealth Management, 2322 Tittabawesee Road, Saginaw, MI. 48604 Cove Landfill IRR (XX-XX-XXX-XXX3305) Funds in escrow or trust are legally restricted for purposes of settling closure, post-closure and remedial obligations for the Debtors' two landfills. | $1,038,246.86 | $0.00 | | $0.00 | FA |
| 8  Security deposits with public utilities, telephone | $363,708.23 | $0.00 | | $0.00 | FA |
| 9  3rd party receivables Trade | $1,904,667.31 | $0.00 | | $0.00 | FA |
| 10  1-800-ROLL OFF | $40,000.00 | $0.00 | | $0.00 | FA |
| 11  Goodwill | $857,533.21 | $0.00 | | $0.00 | FA |
| 12  Non-compete agreements from Waste Away transaction | $26,000.00 | $0.00 | | $0.00 | FA |
| 13  Organizational costs | $76,712.14 | $0.00 | | $0.00 | FA |
| 14  See Schedule B29 Attachment | $6,370,954.50 | $0.00 | | $0.00 | FA |
| 15  Fuel inventory Location: Various | $84,844.85 | $0.00 | | $0.00 | FA |
| 16  Parts Location: Various | $135,100.00 | $0.00 | | $0.00 | FA |
| 17  Tire inventory Location: Various | $28,890.53 | $0.00 | | $0.00 | FA |
| 18  See Schedule B35 Attachment | $1,708,758.87 | $0.00 | | $0.00 | FA |

TOTALS (Excluding Unknown Value) Gross Value of Remaining Assets

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 12-33790-DSO | | **Trustee Name:** | Samuel D. Sweet |
| **Case Name:** | Richfield Management, L.L.C. | | **Date Filed (f) or Converted (c):** | 02/25/2013 (c) |
| **For the Period Ending:** | 4/18/2013 | | **§341(a) Meeting Date:** | 03/21/2013 |
| | | | **Claims Bar Date:** | 07/17/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| | $21,713,545.00 | $0.00 | | $0.00 | $0.00 |

**Major Activities affecting case closing:**

03/29/2013     Trustee is investigating the business assets in this case that have been administratively consolidated in the case of Richfield Equities, LLC, Case No. 12-33788, per court order.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 09/18/2014 | /s/ SAMUEL D. SWEET |
| **Current Projected Date Of Final Report (TFR):** | 09/18/2014 | SAMUEL D. SWEET |