# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Page No: 1

| Case No.: | 12-33788-DSO | Trustee Name: | Samuel D. Sweet |
|---|---|---|---|
| Case Name: | Richfield Equites, LLC | Date Filed (f) or Converted (c): | 02/25/2013 (c) |
| For the Period Ending: | 4/18/2013 | §341(a) Meeting Date: | 03/21/2013 |
| | | Claims Bar Date: | 07/16/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Ref. # | | | | | |
| 1. Comerica, 201 W. Fort St., Detroit, MI 48226 Interest Reserve Account (XXXXXX3484) Disbursement account used to pay Comerica interest and miscellaneous bank charges and fees. | $1,405.95 | $0.00 | | $0.00 | FA |
| 2. Comerica, 201 W. Fort St., Detroit, MI 48226 General Account (XXXXXX3393) Open, non-operating account | $319.56 | $0.00 | | $0.00 | FA |
| 3. Comerica, 201 W. Fort St., Detroit, MI 48226 Medical Claims Account (XXXXXX3268) Disbursement account used to pay claims under the Debtors' health benefits for all employees. | $3,547.84 | $0.00 | | $0.00 | FA |
| 4. Stock and interests in incorporated and unincorporated businesses. Itemize. See Schedule B13 Attachment | $101,000.00 | $0.00 | | $0.00 | FA |
| 5. Machinery and equipment 1606 E Webster Rd. | $4,383.06 | Unknown | | $0.00 | Unknown |
| 6. Net intercompany balance | $10,043,315.53 | $0.00 | | $0.00 | FA |
| 7. Petty Cash (u) | Unknown | Unknown | | $894.00 | Unknown |

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| $10,153,971.94 | $0.00 | | | $894.00 | $0.00 |

**Major Activities affecting case closing:**

03/29/2013  Trustee is investigating value of business property and sale of same.

Trustee is investigating the business assets in this case that have been administratively consolidated in the case of Richfield Equities, LLC, Case No. 12-33788, per court order.

| **Initial Projected Date Of Final Report (TFR):** | 09/18/2014 | /s/ SAMUEL D. SWEET |
|---|---|---|
| **Current Projected Date Of Final Report (TFR):** | 09/18/2014 | SAMUEL D. SWEET |