# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **IN RE:**<br><br>Richfield Equities, L.L.C., *et al.*,[1]<br>a Michigan limited liability company,<br><br>   Debtors. | Case No. 12-33788-dof<br>Chapter 7<br>*(Jointly Administered)*<br><br>Hon. Daniel S. Opperman |

## ORDER PERMITTING FED. R. BANKR. P. 2004 EXAMINATION OF REWARDS FOR RECYCLING, LLC BY CHAPTER 7 TRUSTEE

This matter having come before the Court upon stipulation of the parties, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that:

1. The Chapter 7 Trustee is authorized to issue and serve a Fed. R. Bankr. P. 2004 subpoena on Rewards for Recycling, LLC.

2. The Chapter 7 Trustee reserves the right to request permission from this Court to issue additional subpoenas to Rewards for Recycling, LLC in this case.

.

**Signed on June 06, 2013**

                                          **/s/ Daniel S. Opperman**
                                          **Daniel S. Opperman**
                                          **United States Bankruptcy Judge**

3.

---

[1] The Debtors in this jointly administered bankruptcy proceeding are: Richfield Equities, L.L.C, Case No. 12-33788; Richfield Landfill, Inc., Case No. 12-33789; Richfield Management, L.L.C., Inc., Case No. 12-33790; and Waste Away Disposal, L.L.C., Case No. 12-33791.