UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN - FLINT

| | |
|---|---|
| IN RE:<br><br>Richfield Equities, L.L.C., *et al.*,[1]<br>a Michigan limited liability company,<br><br>    Debtors. | Case No. 12-33788-dof<br>Chapter 7<br>*(Jointly Administered)*<br><br>Hon. Daniel S. Opperman |

## CERTIFICATE OF SERVICE

I certify that on June 10, 2013, I caused the Chapter 7 Trustee's Motion to Sell Assets by Public Auction and exhibits thereto to be electronically filed with the Clerk of the Court using the ECF system, which sent notification of such filing to all ECF participants requesting electronic service, including the following:

Michael David Almassian on behalf of Creditor Volvo Financial Services
malmassian@kalawgr.com, cmclemore@kalawgr.com;bwhite@kalawgr.com

Timothy S. Arnold on behalf of Creditor Bartnik Service Co.
timarn@bkf-law.com, termie@bkf-law.com

Marc M. Bakst on behalf of Creditor Comerica Bank
mbakst@bodmanlaw.com, lstewart@bodmanllp.com

Eric C. Baumstark on behalf of Creditor JD Fusion and Supply, LLC
bankruptcy.bv@acd.net

David M. Black on behalf of Creditor Commercial Credit Group, Inc.
dblack@sommerspc.com, dward@sommerspc.com

David M. Black on behalf of Interested Party Commercial Credit Group, Inc.
dblack@sommerspc.com, dward@sommerspc.com

David M. Black on behalf of Interested Party People's United Equipment Finance Corporation
dblack@sommerspc.com, dward@sommerspc.com

Timothy W. Brink on behalf of Creditor Greenwich Insurance Company
timothy.brink@dlapiper.com, jim.irving@dlapiper.com

Charles D. Bullock on behalf of Interested Party Rizzo Environmental Services, Inc.
cbullock@sbplclaw.com, cdbullock@msn.com;lhaas@sbplclaw.com

---

[1] The Debtors in this jointly administered bankruptcy proceeding are: Richfield Equities, L.L.C, Case No. 12-33788; Richfield Landfill, Inc., Case No. 12-33789; Richfield Management, L.L.C., Inc., Case No. 12-33790; and Waste Away Disposal, L.L.C., Case No. 12-33791.

Eric D. Carlson on behalf of Creditor Green Energy Renewable Solutions, Inc.
carlson@millercanfield.com

Suann DeSaele Cochran on behalf of Creditor State of Michigan Department of Treasury
cochrans@michigan.gov

Elliot G. Crowder on behalf of Interested Party Rizzo Environmental Services, Inc.
ecrowder@sbplclaw.com, lhaas@sbplclaw.com

Gregory J. Ekdahl on behalf of Creditor Volvo Financial Services
gekdahl@kalawgr.com, sreiniche@kalawgr.com

Claretta Evans (UST) on behalf of U.S. Trustee Daniel M. McDermott
Claretta.Evans@usdoj.gov

Trevor Quinlan Gasper on behalf of Creditor 1st Source Bank
tgasper@maylorber.com

Richard A. Green on behalf of Creditor TCF Equipment Finance, Inc.
rgreenbankruptcyeast@yahoo.com

Christopher A. Grosman on behalf of Attorney Carson Fischer, P.L.C.
BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

Christopher A. Grosman on behalf of Consultant Huron Consulting Services LLC
BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

Christopher A. Grosman on behalf of Debtor In Possession Richfield Equities, L.L.C.
BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

Christopher A. Grosman on behalf of Debtor In Possession Richfield Landfill, Inc.
BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

Christopher A. Grosman on behalf of Debtor In Possession Richfield Management, L.L.C.
BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

Christopher A. Grosman on behalf of Debtor In Possession Waste Away Disposal, L.L.C.
BRCY@CarsonFischer.com, cgrosman@carsonfischer.com

Paul R. Hage on behalf of Creditor First Insurance Funding Corp.
phage@jaffelaw.com, jtravick@jaffelaw.com

Ryan D. Heilman on behalf of Trustee Samuel D. Sweet
rheilman@wolfsonbolton.com, stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com

Jeffery Alan Johnson on behalf of Creditor 1st Source Bank
jjohnson@maylorber.com

Anthony J. Kochis on behalf of Attorney Wolfson Bolton PLLC
akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com

Anthony J. Kochis on behalf of Creditor Committee Official Committee of Unsecured Creditors of Richfield Equities, L.L.C., et al.

akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com

Anthony J. Kochis on behalf of Trustee Samuel D. Sweet
akochis@wolfsonbolton.com, stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com

Kostan Dino Kostopoulos on behalf of Creditor RKA Petroleum Companies, Inc.
dkostop@pk-legal.com, lgrossman@pk-legal.com

Richard Scott Kuhl on behalf of Creditor Michigan Department of Enviornmental Quality
kuhlr@michigan.gov, richardkuhl@aol.com;WilcoxK3@michigan.gov

L. David Lawson on behalf of Interested Party Citizens Bank
dlawson@winegarden-law.com

Donna J. Lehl on behalf of Creditor Tri-City Aggregates, Inc.
dlehl@glmpc.com

Brian Lick on behalf of Creditor Komatsu Financial Limited Partnership
blick@clarkhill.com

Colin M. Linsenman on behalf of Creditor Richfield Township
clinsenman@sfplaw.com, lstevens@sfplaw.com;bankruptcy@sfplaw.com

Leon N. Mayer on behalf of Creditor Dependable Wholesale, Inc.
lnmayer@schaferandweiner.com, Christine@schaferandweiner.com

Ralph E. McDowell on behalf of Creditor Comerica Bank
rmcdowell@bodmanlaw.com

David M. Miller on behalf of Creditor Blue Skies Energy, LLC
dmiller@ermanteicher.com

Alan Jeffrey Misler on behalf of Creditor Oshkosh McNeilus Financial Services Partnership
jmisler@mcdowellrice.com

James A. Plemmons on behalf of Creditor Caterpillar Financial Services Corporation
jplemmons@dickinsonwright.com

Mark W. Sadecki on behalf of Creditor Waste Away Investments, Inc.
msadecki@saalaw.net, lasmith@saalaw.net

Craig S. Schoenherr, Sr. on behalf of Creditor EMC Express, Inc.
ecf@orlaw.com

Lisa M. Smith on behalf of Interested Party Teamsters Local 332
lsmith@michworklaw.com, office@michworklaw.com

Matthew T. Smith on behalf of Creditor Komatsu Financial Limited Partnership
msmith@clarkhill.com

Michael John Smith on behalf of Creditor Webster & Garner Oil and Propane
attymsmith@ameritech.net, bkdocs@comcast.net

Philip R. Sturtz on behalf of Creditor Michigan Truck Spring of Saginaw, Inc.
pas@sturtzandsturtz.com, connie@sturtzandsturtz.com

Samuel D. Sweet
ssweet@trusteesweet.us, tsaber@trusteesweet.us;ss125@trustesolutions.net

Samuel D. Sweet
ssweet@trusteesweet.us, tsaber@trusteesweet.us;ss125@trustesolutions.net

Samuel D. Sweet on behalf of Attorney Samuel D. Sweet
ssweet@trusteesweet.us

Samuel D. Sweet on behalf of Trustee Samuel D. Sweet
ssweet@trusteesweet.us

Andrew C. Thompson on behalf of Creditor Genesee County Metropolitan Planning Commission
athompson@co.genesee.mi.us

Donna K. Welch on behalf of Creditor Michigan Unemployment Insurance Agency
welchd@michigan.gov

Scott A. Wolfson on behalf of Creditor Committee Official Committee of Unsecured Creditors of Richfield Equities, L.L.C., et al.
swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com

Scott A. Wolfson on behalf of Trustee Samuel D. Sweet
swolfson@wolfsonbolton.com, stravis@wolfsonbolton.com;hkrstich@wolfsonbolton.com

Nicolette Zachary on behalf of Creditor Nicolette S Zachary
nzachary@wardanderson.com, nszachary@yahoo.com

    I further certify that on June 10, 2013, I caused the Notice of Chapter 7 Trustee's Motion to Sell Assets by Public Auction and Opportunity to Respond to be served on the non-ECF participants listed on attached Exhibit A pursuant to the Limited Notice List, as that term is defined in Order Granting Chapter 7 Trustee's Motion to Modify Order Granting First Day Motion for Establishing Limited Notice Pursuant to Federal Rule of Bankruptcy Procedure 2002(I) and (M) and 11 U.S.C. §§ 105(A) and 1102 [Docket No. 483].

{00014190.DOCX }    4

12-33788-jda    Doc 508-3    Filed 06/10/13    Entered 06/10/13 14:43:49    Page 4 of 7

Respectfully submitted,

WOLFSON BOLTON PLLC

Dated: June 10, 2013					By:     /s/ Anthony J. Kochis
        Scott A. Wolfson (P53194)
        Anthony J. Kochis (P72020)
3150 Livernois, Suite 275
Troy, MI 48083
Telephone: (248) 247-7105
Facsimile: (248) 247-7099
E-Mail: akochis@wolfsonbolton.com

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | ECF |
|---|---|---|---|---|---|---|---|---|---|
| Other Secured Creditor | AIS Construction Equipment Corp. | | 65809 Gratiot | | | Lenox | MI | 48050 | no |
| Taxing/Governmental Authority | City of Bad Axe | Attn: City Attorney/ Treasurer | 300 East Huron | | | Bad Axe | MI | 48413 | no |
| Taxing/Governmental Authority | City of Davison | Attn: City Attorney/Treasurer | 200 E. Flint St, Suite 2 | | | Davison | MI | 48423 | no |
| Taxing/Governmental Authority | City of Flint | Attn: City Attorney/ Treasurer | 1101 S. Saginaw Street | | | Flint | MI | 48502 | no |
| Taxing/Governmental Authority | City of Port Huron | Attn: City Attorney/ Treasurer | Municipal Office Center (MOC) | 100 McMorran Boulevard | | Port Huron | MI | 48060 | no |
| Other Secured Creditor | Comerica Leasing Corporation | | 29201 Telegraph Road, 2nd Floor | | | Southfield | MI | 48034-1392 | no |
| Other Secured Creditor | Financial Federal Credit Inc. | | 10200 Mallard Creek Road, Suite 20 | | | Charlotte | NC | 28262 | no |
| Other Secured Creditor | Financial Federal Credit Union | | 10715 David Taylor Drive, Suite 550 | | | Charlotte | NC | 28262 | no |
| Taxing/Governmental Authority | Genesee County | Attn: County Attorney/ Treasurer | Genesee County Administration Building | 1101 Beach St | | Flint | MI | 48502 | no |
| Taxing/Governmental Authority | Huron County Treasurer | | PO Box 69 | 250 E. Huron Ave., County Building Room #204 | | Bad Axe | MI | 48413 | no |
| Taxing/Governmental Authority | Internal Revenue Service | Attn: Team 204 | 145585 Stop 8420G | | | Cincinnati | OH | 45250-5585 | no |
| Taxing/Governmental Authority | Internal Revenue Service | | 477 Michigan Ave., Rm 1870 | | | Detroit | MI | 48226 | no |
| Taxing/Governmental Authority | Juandisha Harris, Assistant Attorney Genera | | 525 Ottawa | PO Box 30754 | | Lansing | MI | 48909 | no |
| Other Secured Creditor | Michigan CAT | | 7700 Caterpillar CT SW | | | Grand Rapids | MI | 49548 | no |
| Other Secured Creditor | Michigan Department of Energy Labor & Economic Growth | Unemployment Insurance Collections 11-500 | 3024 W. Grand Blvd. | | | Detroit | MI | 48202 | no |
| Taxing/Governmental Authority | Michigan Department of Environmental Quality | Lansing District Office | Constitution Hall, 4th Floor, North | 525 W. Allegan | P.O. Box 30242 | Lansing | MI | 48909-7742 | no |

| Role | Name | Attn | Address | Suite | | City | State | Zip | |
|---|---|---|---|---|---|---|---|---|---|
| Other Secured Creditor | Michigan Dept. of Treasury-Collections | Tina Dolton/Collection Div/Special Proced. | PO Box 30199 | | | Lansing | MI | 48909 | no |
| Other Secured Creditor | Michigan Tractor and Machinery Co. | d/b/a Michigan CAT | 28004 Center Oaks Court | | | Wixom | MI | 48393 | no |
| Other Secured Creditor | Michigan Tractor and Machinery Co. | d/b/a Michigan CAT | 24800 Novi Road | | | Novi | MI | 48375 | no |
| Counsel for City of Riverview | Pentiuk, Couvreur & Kobiljak, P.C. | | 2915 Biddle Avenue, Ste. 200 | | | Wyandotte | MI | 48192 | no |
| Debtors | Richfield Equities, L.L.C. | Attn: Jeffrey M. Beard, CRO | 1606 E. Webster Road | | | Flint | MI | 48505 | no |
| Counsel to People's United Equipment Finance Corp. | Robert T. Bonsignore | | 300 Frank W. Burr Boulevard Suite 50 | | | Teaneck | NJ | 7666 | no |
| Other Secured Creditor | Rowley Brothers, Inc. d/b/a Rowleys Wholesale | | P.O. Box 1115 | | | Bay City | MI | 48706 | no |
| Taxing/Governmental Authority | St. Clair County Treasurer | | 200 Grand River, Suite 101 | | | Port Huron | MI | 48060 | no |
| Other Secured Creditor | Tamco Capital Corporation | | 800 Walnut Street, MAC F4031-040 | | | Des Moines | IA | 50309 | no |
| Other Secured Creditor | VFS US LLC | | PO Box 26131 | | | Greensboro | NC | 27402 | no |
| Other Secured Creditor | Wells Fargo Equipment Finance, Inc. | | 1540 West Fountainhead Parkway | | | Tempe | AZ | 85282 | no |
| Other Secured Creditor | Wells Fargo Equipment Finance, Inc. | | 733 Marquette Ave, Suite 700 | | | Minneapolis | MN | 55402 | no |
| American Express Centurion Bank | American Express Centurion Bank | c/o Becket & Lee LLP | PO Box 3001 | | | Malvern | PA | 19355 | no |
| Counsel to City of Warren | | James Biernat Mary Michaels | 1 City Square | Ste. 400 | | Warren | MI | 48093 | no |
| Other Secured Creditor | Comerica Bank | | 500 Woodward Ave. | | | Detroit | MI | 48226 | no |
| Other Secured Creditor | Wells Fargo Equipment Finance, Inc. | | 1540 West Fountainhead Parkway | | | Tempe | AZ | 85282 | no |
| Other Secured Creditor | Wells Fargo Equipment Finance Inc. | | 1546 W. Fountainhead | | | Tempe | AZ | 85282 | no |
| Other Secured Creditor | General America Corporation | | 10865 Willows Rd., NE, E-3 | | | Redmond | WA | 98052 | no |
| Other Secured Creditor | Financial Federal Credit Inc. | | 201 McCullough Dr. | | | Charlotte | NC | 28262 | no |
| Other Secured Creditor | Comerica Bank | | 39200 W. Six Mile, Rd. | | | Livonia | MI | 48152 | no |
| Other Secured Creditor | Key Corporate Capital Inc. | | 54 State St., Albany | | | Albany | NY | 12007 | no |