**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - FLINT**

**IN THE MATTER OF:**

Richfield Equities, LLC,

Debtor.
_______________________________/

Bankruptcy Case No. 12-33788
Honorable Daniel S. Opperman
Chapter 7

**REPORT OF AUCTION SALE**

On July 16, 2013, an auction took place, selling the items listed on the attached Auctioneer's Report of Sale for said sale. The gross proceeds from the auction sale are $463,344.20.

Respectfully submitted,

/s/ Samuel D. Sweet

BY: Samuel D. Sweet (P48668)
Attorneys for Trustee
P.O. Box 757
Ortonville, MI 48462-0757
(248) 236-0985
ssweet@trusteesweet.us

Dated: 8/7/13

## Complete Catalog for #110: MICHIGAN: Richfield Equities, LLC (Landfill) (7/16/2013)

| Lot # | Title | Starting Bid | # of Bids | Winning Bid | Original End Time | Actual End Time |
|---|---|---|---|---|---|---|
| 1-387663 | 2001 McClain 8 axle transfer trailer, VIN: 1M9BD508712309032, 50' long open top, Keith walking floor. Floor lifting and coming apart in spots, Floor supports rusting through underneath, Exterior walls rusting through. Lift axles missing tires and wheels.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6419] | $500.00 | 37 | $4,525.00 | 7/16 6:00 PM EDT | 7/16 6:20 PM EDT |
| 1-387664 | 2001 McClain 8 axle transfer trailer, VIN: 1M9CD508112309144, 50' long enclosed. Keith walking floor. Floor lifting and coming apart in spots. Floor supports rusting through underneath. Exterior walls rusting through. Some holes in roof. Lift axles missing tires and wheels.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6420] | $500.00 | 19 | $3,875.00 | 7/16 6:00 PM EDT | 7/16 6:10 PM EDT |
| 1-387665 | 2001 McClain 8 axle transfer trailer, VIN: 1M9BD508012309003, 50' long open top, Keith waking floor.. Floor lifting and coming apart in spots, Floor supports rusting through underneath. Exterior wall rusting through. Some holes all the way through side walls.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6421] | $500.00 | 62 | $9,525.00 | 7/16 6:00 PM EDT | 7/16 6:50 PM EDT |
| 1-387666 | 2001 McClain 8 axle transfer trailer, VIN: 1M9CD508812309139, 50' long enclosed, Keith walking floor. Floor missing completely. Floor supports rusting through underneath. Exterior wall rusting through. Some holes in sidewalls and roof. Front three lift axles on right side missing hub,tires and wheels. The rest of lift axles missing tires and wheels.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6422] | $500.00 | 10 | $4,957.00 | 7/16 6:00 PM EDT | 7/16 6:00 PM EDT |
| 1-387667 | 2002 McClain 8 axle transfer trailer, VIN: 1M9CD508822309014, 50' long enclosed. Keith walking floor. Floor lifting and coming apart in spots. Floor supports rusting through underneath. Exterior walls rusting through. Some holes in sidewalls and roof. Lift axles missing tires and wheels. Down axles missing inside tires and wheels.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6423] | $500.00 | 26 | $5,001.00 | 7/16 6:30 PM EDT | 7/16 6:50 PM EDT |
| 1-387668 | 2002 McClain 8 axle transfer trailer, VIN: 1M9CD508X22309015, 50' long enclosed, Keith walking floor. Floor lifting and coming apart in spots. Floor supports rusting through underneath.Exterior walls rusting through. Some holes in sidewalls and roof. Lift axles missing tires and wheels. Rear down axle missing inside tires and wheels.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6424] | $500.00 | 7 | $4,957.00 | 7/16 6:30 PM EDT | 7/16 6:30 PM EDT |
| 1-387669 | 1999 Mack tandem axle front loading refuse truck, VIN: 1M2K195C5XM012267, 332,972 odometer miles showing, Mack 6 cylinder diesel engine, Automatic transmission, Air brakes, 1 lift axle, Hercules body. 40 yard capacity, Scattered rust, scratches and dents. Console access panel missing. Arm rest ripped.Interior dirty.<br>Location: 1290 N Ortonville Road (M-15), | $500.00 | 20 | $4,025.00 | 7/16 6:30 PM EDT | 7/16 6:30 PM EDT |

Ortonville, MICHIGAN 48462 [6401]

| Lot | Description | Starting Bid | Bids | High Bid | Start | End |
|---|---|---|---|---|---|---|
| 1-387670 | 1999 Mack tandem axle front loading refuse truck, VIN: 1M2K195C4XM015113, 329,426 odometer miles showing, Mack 6 cylinder diesel engine, Automatic transmission, Air brakes, Hercules body. 40 yard capacity, Scattered rust, scratches and dents. Cab corners rusting through. Arm rest ripped. Interior dirty<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6402] | $500.00 | 13 | $4,025.00 | 7/16 6:30 PM EDT | 7/16 6:40 PM EDT |
| 1-387671 | 2003 Mack quad axle rear loading refuse truck, VIN: 1M2AC07CX3M007820, 214,939 odometer miles showing, Mack 6 cylinder diesel engine, Automatic transmission, Air brakes, Left and right steering controls, Leach body. Approximately 33 yard capacity, Scattered rust, scratches and dents. Left and right front corners of cab dented. Interior dirty.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6403] | $500.00 | 29 | $4,525.00 | 7/16 6:30 PM EDT | 7/16 7:00 PM EDT |
| 1-387672 | 1998 Crane Carrier Co. tandem axle rear loading refuse truck, VIN: 1CYCCM484WT043340, 57,283 odometer miles showing, Cummins 6 cylinder diesel, Automatic transmission , Air brakes , Leach body. 25 yard capacity , Scattered rust, scratches and dents. Cab rusting through in spots, repaired in spots. Interior dirty<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6404] | $500.00 | 11 | $3,525.00 | 7/16 7:00 PM EDT | 7/16 7:00 PM EDT |
| 1-387673 | 1996 Ford 9000 tri axle rear loading refuse truck , VIN: 1FDZW82E5TVA08823 , 416,562 odometer miles showing , Ford 6 cylinder diesel engine , Automatic transmission , Air brakes , McNeilus body Approximately 30 to 33 yard capacity , Scattered rust, scratches and dents. Roof liner missing. Front bumper dented , Interior dirty<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6405] | $500.00 | 15 | $3,725.00 | 7/16 7:00 PM EDT | 7/16 7:10 PM EDT |
| 1-387674 | 2002 Mack tri axle rear loading refuse truck , VIN: 1M2AC07C82M006485 , 170,329 odometer miles showing , Mack 6 cylinder diesel engine , Automatic transmission , Air brakes , Left and right steering controls , Heil body. Approximately 25 yard capacity , Scattered rust, scratches and dents. Cab corners dented. , Interior dirty, console ripped, ABS light is on<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6406] | $1,500.00 | 10 | $3,551.00 | 7/16 7:00 PM EDT | 7/16 7:00 PM EDT |
| 1-387675 | 1999 Mack tri axle rear loading refuse truck , VIN: 1M2K185C9XM007115 , 423,476 odometer miles showing , Mack 6 cylinder diesel engine , Automatic transmission , Air brakes , McNeilus body. Approximately 25 yard capacity , Scattered rust, scratches and dents. Cab rusting through around wheel wells. , Cab corners rusting through and have been patched. Bumper dented in. , Interior dirty.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6407] | $500.00 | 16 | $3,526.00 | 7/16 7:00 PM EDT | 7/16 7:00 PM EDT |
| 1-387676 | 2005 International 7400 tri axle rear loading refuse truck , VIN: 1HTWGAZT65J133889 , 132,728 odometer miles showing , International DT530 6 cylinder diesel engine , Automatic transmission , Air brakes , Leach body. 25 yard capacity , Scattered scratches, rust and dents. Bumper dented, Box rusting through in spots. , Interior dirty, ABS light is on<br>Location: 1290 N Ortonville Road (M-15), | $1,500.00 | 41 | $18,525.00 | 7/16 7:00 PM EDT | 7/16 7:50 PM EDT |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Ortonville, MICHIGAN 48462 [6408] | | | | | |
| 1-387677 | 1998 Freightliner FL70 Business class single axle side loading refuse truck , VIN: 1FV6HLBAXWH914765 , 146,579 odometer miles showing , Cummins 6 cylinder diesel engine , Automatic transmission , Air brakes , Left and right steering controls , Box capacity approximately 25 yards Scattered scratches, rust and dents. Ignition switch will not engage starter. Will start by jumping solenoid at starter. Right fender broken by hood latch, and left head light. Passenger side door window cracked. Wires hanging from dash. Interior dirty<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6409] | $500.00 | 9 | $2,525.00 | 7/16 7:30 PM EDT | 7/17 4:10 PM EDT |
| 1-387678 | 1999 Ford F Series single axle rear loading refuse truck , VIN: 3FEWF8015XMA18623 , 291,426 odometer miles showing , Cummins 6 cylinder diesel engine , Automatic transmission , Air brakes , Leach body. Approximately 13 yard capacity , Scattered scratches, rust and dents. Body rusting at rear. Cab rusting through at bottom of doorways. Dash panel hanging from center of dash. Interior dirty.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6410] | $500.00 | 27 | $3,625.00 | 7/16 7:30 PM EDT | 7/16 8:00 PM EDT |
| 1-387679 | 1999 Sterling quad axle roll off truck , VIN: 2FZXKDYB1XAA94562 , 621,298 odometer miles showing , Cummins N14 6 cylinder diesel engine , Road Ranger RT/RTO-8LL 8 speed manual transmission , Air brakes. , Scattered scratches, rust and dents. Debris tarp and tarparms missing. Right side storage box bracket broken, and box is hanging down from fender. Dash panel covers missing. Cracks in hood. Interior dirty.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6411] | $500.00 | 15 | $6,027.00 | 7/16 7:30 PM EDT | 7/16 7:30 PM EDT |
| 1-387680 | 2000 Mack tri axle roll off truck. , VIN: 1M2P267C3YM050497 , 696,918 odometer miles showing , Mack 6 cylinder diesel engine , Eaton Fuller 8 speed manual transmission , Air brakes , Scattered scratches, rust and dents. . Bottom of doors rusting through. Hood has cracks holes in it. Interior dirty.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6412] | $1,500.00 | 10 | $6,225.00 | 7/16 7:30 PM EDT | 7/16 7:30 PM EDT |
| 1-387681 | 1999 Mack quad axle roll off truck , VIN: 1M2P267C8XMO43897 , 445,992 odometer miles showing , Mack 6 cylinder diesel engine , Eaton Fuller 8 speed manual transmission , Air brakes , Scattered scratches, rust and dents. Debris tarp and tarp arms missing. Hydraulic oil storage tank missing. Storage box missing. Bumper bent. Hood cracked and chipped. Cab rusting through at top of windshield. Interior dirty.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6413] | $500.00 | 25 | $5,500.00 | 7/16 7:30 PM EDT | 7/16 7:40 PM EDT |
| 1-387682 | 2002 Volvo VE D12 tri axle roll off truck , VIN: 4V5KC9GG52N311453 , 459,034 odometer miles showing , Volvo 6 cylinder diesel engine , Eaton Fuller 8 speed manual transmission , Air brakes , Scattered scratches, rust and dents. Bumper dented in. Front of hood broken on both sides. Panel missing from dash. Interior dirty<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6414] | $1,500.00 | 91 | $9,600.00 | 7/16 8:00 PM EDT | 7/16 8:20 PM EDT |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1-387683 | 1993 Ford F9000 tandem axle flat bed with Tico knuckle boom crane , VIN: 1FDZY90R1PVA40647 , 13,646 odometer miles showing , Cumins 6 cylinder diesel engine , Eaton Fuller 8 speed manual transmission , Air brakes. , Tico knuckle boom crane with hydraulic out riggers. Model 771H. Length and capacity unknown. 8' x 24 ' steel bed with side rails and 4 tie downs. Scattered scratches, rust and dents. Hood faded and cracked. Black paint spots on it. Seats ripped. Interior dirty.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6415] | $500.00 | 13 | $3,111.00 | 7/16 8:00 PM EDT | 7/17 4:10 PM EDT |
| 1-387684 | 2005 Ford F650 Super Duty single axle water tank truck , VIN: 3FRNF65Y55V186299 , 10,943 odometer miles showing , International A200 V-8 diesel engine , 6 speed manual transmission , Hydraulic brakes , AM/FM radio. , Air condition , 2000 gallon capacity tank. 2 front and rear spray heads. 1 left side spray head. Rear hose reel. Scattered rust, scratches and dents , Right front fender broke at rear mounting bracket. Rear bumper bent. Interior dirty.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6416] | $500.00 | 138 | $19,700.00 | 7/16 8:00 PM EDT | 7/16 9:50 PM EDT |
| 1-387685 | 1997 Ford F Series service truck , VIN: 1FDXF80E1VVA31707 , 181,580 odometer miles showing , Ford 6 cylinder diesel engine , Automatic transmission , Air brakes. , Single axle/dual wheels , Reading service body , Sullair PTO air compressor/generator. 575 metered hours showing. 2 Reelcraft hose reels, manual swivel engine hoist, rear mounted bench vise, pintle hitch, and trailer air supply. Scattered scratches, rust and dents. Seat ripped. Dash panel loose. Interior dirty.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6417] | $500.00 | 27 | $3,025.00 | 7/16 8:00 PM EDT | 7/16 8:00 PM EDT |
| 1-387686 | Kenworth rear engine, tandem axle water truck. (former fire truck) Year unknown , unit has a 1985 Assembled Title , VIN: MI0133A204T031185 , 4,620 odometer miles showing , General Motors V-6 diesel engine. Motor is blown up. , Automatic transmission , Air brakes , 3500 gallon capacity water tank , 2 rear water discharge and fill connection ports , Scattered scratches, rust and dents<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6418] | $500.00 | 14 | $2,225.00 | 7/16 8:00 PM EDT | 7/17 4:10 PM EDT |
| 1-387689 | 1995 Fruehauf tandem axle semi trailer , VIN: 1H2V04826SE009205 , Model FBHLP-9 1.5-NT2-48W , 48' x 102? , GVWR 68,000 , Air ride suspension , Sliding axle , Floor buckled up at left rear. , Interior wood panels have some holes , Large holes cut into roof , Exterior sided has scattered scratches and dents<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6425] | $500.00 | 23 | $2,325.00 | 7/16 7:30 PM EDT | 7/16 7:40 PM EDT |
| 1-387690 | 1993 Benlee 6 axle roll off trailer , VIN: 1B9A14654PA180896 , 45' long , 3 lift axles , Spring suspension , Air brakes , Scattered scratches, rust and dents , Fenders dented and rusting in spots. , Landing gear not working properly<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6426] | $500.00 | 16 | $8,525.00 | 7/16 7:30 PM EDT | 7/16 7:30 PM EDT |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1-387691 | 1981 Benlee 4 axle roll off trailer, vin 81141 , Model 5A60TC40 , 36' long , 2 lift axles , Spring suspension , Air brakes , Front left inside tire has hole in it , Scattered scratches, rust and dents , Fender dented and rusting in spots. , Missing one tail light.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6427] | $500.00 | 18 | $6,675.00 | 7/16 7:30 PM EDT | 7/16 7:30 PM EDT |
| 1-387692 | 2001 Benlee tow able quad axle roll off trailer , VIN: 1B9N125421B180802 , 24' long , Pintle hitch. , Air ride suspension , Air brakes , Hydraulic cylinder shaft for tail light assembly bent on right side , Missing some tail lights. , Scattered scratches, rust and dents. , Fenders dented with several rust holes in them<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6428] | $500.00 | 24 | $7,125.00 | 7/16 7:30 PM EDT | 7/16 7:40 PM EDT |
| 1-387693 | 1969 Fruehauf Tandem axle aluminum tanker trailer , VIN: OMK459706 , Length overall 39' 3? , Spring suspension , Air brakes , 59,000 lbs. Capacity @ 7.5 lbs. Per gallon , Several cracks in axle frame. , Cracks in rear bumper. , Fill tube split , Fenders dented. Front left outside tire has hole in it, PLEASE NOTE: this item sells with a bill of sale, and buyer will be responsible for acquiring a weight slip for transferring title<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6429] | $500.00 | 14 | $3,225.00 | 7/16 7:30 PM EDT | 7/17 4:10 PM EDT |
| 1-387694 | 1998 Chevrolet 1500 pick up , VIN: 1GCEK14W7W2139731 * NON RUNNING * , 185,560 odometer miles showing. , 4.3 liter V-6 engine. , 4 WD , AM/FM radio , Air condition , Air cleaner missing , Seat ripped , Interior door handles missing , Tail gate missing , Several rust holes in body , Scattered scratches, rust and dents through out body , Interior dirty<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6430] | $500.00 | 3 | $562.00 | 7/16 7:30 PM EDT | 7/17 4:10 PM EDT |
| 1-387695 | Link Belt LS-2650 Hydraulic excavator, year: 1986 , s/n E4166227 , 6330 metered hours showing , Isuzu 4 cylinder diesel engine , 41" bucket with manual thumb , 23 ¾" tracks , Bucket cylinder seal popped out of housing , Cab corners dented and ripped. , Center cab window popped off tracks. , Access covers dented. , Scattered scratches and dent<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6431] | $2,500.00 | 16 | $9,551.00 | 7/16 7:30 PM EDT | 7/16 8:10 PM EDT |
| 1-387696 | Hitachi EX200LC Hydraulic excavator , Manufacture No. AUC-1330 , 9767 metered hours showing , Isuzu 6 cylinder diesel engine. , 41" bucket with manual thumb , 31 ½" tracks. , Machine wants to stall out under load. , Window missing on door. , Seat ripped. , Cab dented , Access covers dented , Scattered scratches and dents<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6432] | $2,500.00 | 17 | $14,350.00 | 7/16 7:30 PM EDT | 7/16 7:40 PM EDT |
| 1-387697 | Komatsu WA500-1L articulating rubber tire wheel loader, year: 1988 , s/n A20143 , 2606 metered hours showing , 6 cylinder diesel engine , 132" bucket , 29.5-25 tires , Key will not turn machine off. Has to be shut off manually at engine. , Brakes do not hold. Parking brake does not hold. , Hydraulic issues, bucket wants to go over center , Bucket cracked in spots, missing cutting edge , Left side head light missing, marker light broken on right side , Step broken on right side. , Scattered scratches, rust and dents | $2,500.00 | 40 | $11,550.00 | 7/16 7:30 PM EDT | 7/16 8:00 PM EDT |

| | | Description | Starting Bid | Bids | High Bid | Start | End |
|---|---|---|---|---|---|---|---|
| | | Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6433] | | | | | |
| | 1-387698 | Caterpillar 416B turbo loader/back hoe, year: 1994 , s/n 8SG06924 , 7298 metered hours showing. , Caterpillar 4 cylinder diesel engine. , Engine s/n 5Hk18421. , 4 wheel drive. , Extend a hoe. , 87" loader bucket. , 28" backhoe bucket. , Seat ripped. , Left side engine panel missing. , Left rear corner window cracked. , All tires have nails or repair plugs in them. , Rear tires lose air over time. , Scattered scratches, rust and dents.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6434] | $2,500.00 | 37 | $12,200.00 | 7/16 8:00 PM EDT | 7/16 8:00 PM EDT |
| | 1-387699 | 2003 Broce Broom RC350 Sweeper , s/n 403028 , 904 metered hours showing , Cummins 4 cylinder diesel engine , Enclose cab with heat and air condition , Hydrostatic transmission with 2 speed gear box. , 80" hydraulic front blade , 96" mid mount broom. , 150 gallon water tank , Hinges for engine cover broken , Windshield washer solvent bottles broken. , Scattered scratches and dents.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6435] | $500.00 | 99 | $16,525.00 | 7/16 8:00 PM EDT | 7/16 8:30 PM EDT |
| | 1-387700 | Sweepster quick attach rotary broom for front end loader. , Model D32C8 , s/n 00221228 , 96" broom , 23 ¾" inside width at mounting points , Scattered scratches and dents<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6436] | $100.00 | 35 | $1,760.00 | 7/16 8:00 PM EDT | 7/16 8:00 PM EDT |
| | 1-387701 | Caterpillar quick attach loader forks , Model 132-2443 , s/n EU50100006 , Fits IT14G / IT24F / IT28G / 416C / 438C , 53" long forks.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6437] | $100.00 | 17 | $1,420.00 | 7/16 8:00 PM EDT | 7/16 8:10 PM EDT |
| | 1-387702 | 5 tooth excavator bucket with smooth edge attached , 57" wide , 13 ½" inside width at mounting holes , 3 ½" diameter pins<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6438] | $100.00 | 19 | $350.00 | 7/16 8:00 PM EDT | 7/16 8:00 PM EDT |
| | 1-387703 | CF 4 tooth excavator bucket , 28 ¼" wide , 16" inside width at mounting holes , 3 ½" diameter pins<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6439] | $100.00 | 2 | $110.00 | 7/16 8:00 PM EDT | 7/16 8:00 PM EDT |
| | 1-387704 | 3 tooth excavator bucket , 12 ¾" wide , 8" inside width at mounting holes , 1 ¾" diameter pins<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6440] | $100.00 | 7 | $150.00 | 7/16 8:00 PM EDT | 7/16 8:00 PM EDT |
| | 1-387705 | 1 set of Handy Lift loader forks , Model F-40L , 4000 lb. Rating , Forks are 45" tall x 42" long , Bar is 80" long, Shaft diameter 2 1/4", Width of forks 4", thickness 1 3/8"<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6441] | $100.00 | 30 | $615.00 | 7/16 8:00 PM EDT | 7/16 8:20 PM EDT |
| | 1-387706 | American road tow able blower , Model 2003-62-LL , s/n PT00251U179688H , VIN: 1A9SLI2I2IM274004 , 599 metered hours showing , Pintle hitch , Hour meter broken , Unit is currently disassembled, running condition unknown<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6442] | $100.00 | 19 | $305.00 | 7/16 8:00 PM EDT | 7/16 8:10 PM EDT |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1-387707 | Caterpillar 924G articulating rubber tire wheel loader, year: 2002 , s/n CAT0924GA9SW02039 , 8589 metered hours showing , Caterpillar 3056, 6 cylinder diesel engine , Quick attach bucket, 100" wide , 2 hydraulic outlets , 20.5-25 tires. , Windshield cracked , Left front marker light broken , Right rear tail light broken , Scattered scratches, rust and dents. , Interior dirty<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6443] | $2,500.00 | 18 | $30,054.00 | 7/16 8:00 PM EDT | 7/16 8:00 PM EDT |
| 1-387708 | Volvo EC330B LC Hydraulic excavator, year: 2006 , s/n EC330V80074 , 3226 Metered hours showing , Volvo D12D EBE3, 6 cylinder turbo diesel engine , Auxiliary valve , 47" bucket , 32" tracks , Cab heat and air condition , AM/FM cassette , Warning alarm goes of intermittently , Fuse panel cover missing , Left tail light broken. , Access cover dented , Scattered scratches and dents<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6444] | $2,500.00 | 123 | $73,050.00 | 7/16 8:00 PM EDT | 7/16 9:00 PM EDT |
| 1-387709 | 2006 Volvo A25D articulated off road hauler , s/n A25DV72162 , 47,474 metered miles showing, 11.246 hours, Volvo 9.4 liter diesel engine. Model D9BAAE3 , Automatic transmission. , 6 X 6 drive. , Heated cab with air condition , Tilt/telescopic steering wheel , 24 volt starting system , Approximately 20 yard capacity heaped. , 23.5 R 25 tires. , Scattered scratches, rust and dents. , Tail gate missing<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 | $2,500.00 | 44 | $50,150.00 | 7/16 8:00 PM EDT | 7/16 8:20 PM EDT |
| 1-387987 | 2000 Tandem Axle Kenworth T800 , VIN: 3WKDDR9X1YF840118 , 430,987 odometer miles showing , 12.7 Detroit Diesel Series 60 engine, 470 Adv. HP. , Eaton Fuller 10 speed manual transmission. , 60" Flat top sleeper , Air ride cab. , A/C, Cruise, Power mirrors, Air ride seat, Tilt steering , 12,000 lb capacity front axle, 40,000 lb. capacity rear axles. , 233" wheelbase. , Aluminum exterior wheels , Air slide fifth wheel. , Pain peeling and chipped on hood. , Front bumper bent.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6446] | $1,500.00 | 37 | $12,075.00 | 7/16 7:30 PM EDT | 7/16 7:30 PM EDT |
| 1-387988 | 1985 GMC Brigadier Water Truck , VIN: 1GTP9C1WXFV520808 , 222,781 odometer mile showing, , Cummins LTA 10 diesel engine. , Manual transmission. , Spring suspension. , 2000 gallon capacity water tank. , 4 spray heads with in cab controls. , Scattered scratches and dents.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6447] | $500.00 | 30 | $4,260.00 | 7/16 7:30 PM EDT | 7/16 7:30 PM EDT |
| 1-387989 | 1997 Transco 4 axle flat bed trailer. , VIN:ITTF45208V1052717 , Model: Eagle W2 4596 , 45' x 96" , With tarp and side kit , Combination steel frame with aluminum cross braces, and aluminum floor. Aluminum exterior wheels<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6448] | $500.00 | 38 | $4,955.00 | 7/16 7:30 PM EDT | 7/16 8:00 PM EDT |
| 1-387990 | 1990 Tandem Axle Peterbilt 379 , VIN: 1XP5DB9X7LN290555 , 245,998 odometer miles showing. , Caterpillar 3406 B diesel engine. (engine is blown up and disassembled, parts in box) , Eaton Fuller 18 speed manual transmission. , 46,000 lb. Rears, 3.90 gear ratio, Said to have less than 100,000 miles on rear end. , 30" sleeper. Aluminum exterior wheels. Aluminum headache rack. Full fenders. Ramps and pintle hitch. | $500.00 | 22 | $4,030.00 | 7/16 7:30 PM EDT | 7/16 8:00 PM EDT |

| | Lot | Description | Opening | Bids | High Bid | Start | End |
|---|---|---|---|---|---|---|---|
| | | Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6449] | | | | | |
| | 1-387991 | 1995 Fruehauf 4 Axle Dump Trailer , VIN: 1H2D02744SW046623 , Model DB6-27-ND2-F3-0G1-27 , 28' steel box , Cramaro electric tarp<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6450] | $500.00 | 28 | $7,510.00 | 7/16 7:30 PM EDT | 7/16 8:00 PM EDT |
| | 1-387992 | Ingersoll Rand 175 air compressor. , s/n 257486UFF315 , 4540 metered hours showing , John Deere diesel engine , Does not run. , Missing side panels.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6451] | $25.00 | 10 | $280.00 | 7/16 7:30 PM EDT | 7/16 7:30 PM EDT |
| | 1-387993 | Ingersoll Rand 175 air compressor. , s/n unknown. , 4189 metered hours showing. , John Deere diesel engine. , Running condition , Missing one side panel.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6452] | $25.00 | 48 | $805.00 | 7/16 7:30 PM EDT | 7/16 7:40 PM EDT |
| | 1-387994 | 1980 Ford L9000 tri axle water truck. , VIN: W90WVGD8175 , 208,694 miles showing. , Cummins 6 cylinder diesel engine. , Eaton Fuller 10 speed transmission. , Air brakes , 1 lift axle. , Differential lock , PTO , Honda WT30X 2" trash pump (non-working) , Right side lift axle tire has split in sidewall. , Starter button not working<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6453] | $500.00 | 15 | $3,511.00 | 7/16 7:30 PM EDT | 7/16 7:30 PM EDT |
| | 1-387995 | 1995 Fruehauf tandem axle curtain side drop deck trailer , VIN: 1HWP04829SW003806 , Crushed car hauler , 52' long , Steel floor with D ring tie downs , Air ride suspension , 50,000 lb GVWR , Mountain Tarp crushed car hauler tarp system<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6454] | $500.00 | 23 | $10,510.00 | 7/16 7:30 PM EDT | 7/16 7:40 PM EDT |
| | 1-387996 | 2006 CIMC tandem axle container trailer , VIN: LJRC2824461014971 , Model: SZJ9341TJZ01 , For 20' long containers , GVWR: 52,910 lbs. , Spring suspension , Sliding axle.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6455] | $1,500.00 | 13 | $4,325.00 | 7/16 7:30 PM EDT | 7/16 7:30 PM EDT |
| | 1-387997 | 1988 Fruehauf 3 axle aluminum lead trailer. , VIN: 1H4D02438JK028005 , 1988 Fruehauf 5 axle aluminum pup trailer. , VIN: 1H4D02438JK028005. , Plastic liners. , Cramaro manual tarps.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6456] | $500.00 | 65 | $11,260.00 | 7/16 7:30 PM EDT | 7/16 8:20 PM EDT |
| | 1-387998 | Allmand tow-able light plant. 5378 metered hours showing , Kubota diesel engine. Single axle. Pintle hitch. 4 lights. Does not run.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6457] | $100.00 | 24 | $330.00 | 7/16 7:30 PM EDT | 7/16 7:50 PM EDT |
| | 1-387999 | Rite-Lite tow-able light plant , 7995 metered hours showing. Kubota diesel engine , Single axle , Pintle hitch , 4 lights , Light shade and bulb broken on one light , Starts and runs.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6458] | $100.00 | 39 | $860.00 | 7/16 7:30 PM EDT | 7/16 7:30 PM EDT |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1-388000 | 1993 International tandem axle dump truck cab and chassis , VIN: 1HTGEAYR1PH504239 , 99,117 odometer miles showing , Cummins diesel engine. Automatic transmission , Air brakes. Hydraulics unhooked. 10' belly blade. GVWR 36,180 Front plow mount. Interior floor rusted out. Windshield cracked. Seat ripped. Interior dirty.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6459] | $500.00 | 15 | $2,501.00 | 7/16 7:30 PM EDT | 7/17 4:10 PM EDT |
| 1-388001 | 1999 Caterpillar D400E articulated off road hauler. , VIN: 2YR01290 , Hours unknown , Caterpillar 3406 diesel engine , 6 x6 drive , 40 ton capacity , Fire contained to cab and engine area.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6460] | $2,500.00 | 14 | $6,751.00 | 7/16 7:30 PM EDT | 7/16 7:30 PM EDT |
| 1-388002 | 6 sections of METTA technologies litter fence , Each sections is 24' long by approximately 13' tall , Upright have been cut in half and need to be repaired , Fencing may have holes in it<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MICHIGAN 48462 [6461] | $100.00 | 27 | $3,025.00 | 7/16 7:30 PM EDT | 7/16 8:20 PM EDT |
| 1-388011 | 5 landfill run off containment tanks. , Approximate tank dimensions are as follows , (1) @ 8' diameter x 26' long , (2) @ 10' diameter x 46' long , (2) @ 10' diameter x 31' long , Tanks currently have run off water in them. PLEASE NOTE: It will be the buyers responsibility to properly disconnect, disassemble, and remove the tanks. It will also be the buyers responsibility to collect and remove any and all fluids in the tanks.<br>Location: 11145 E. Mt. Morris, Davison, MICHIGAN 48423 [6465] | $1,000.00 | 1 | $1,000.00 | 7/16 8:00 PM EDT | 7/16 8:00 PM EDT |
| 1-388012 | Approximately 176 rolls of landfill cell lining material , 129 rolls of Bentomat membrane lining. 15' wide x 150' long , 27 rolls of Solmax smooth sided plastic lining 22' wide x 520' long , 20 rolls of SKAPS Ind. Geotextile lining. 14' wide x 200' long<br>Location: 11145 E. Mt. Morris, Davison, MICHIGAN 48423 [6464] | $250.00 | 77 | $27,790.00 | 7/16 8:00 PM EDT | 7/16 9:30 PM EDT |
| 1-388013 | 2005 Caterpillar D8T Waste Handler crawler tractor , s/n KPZ00972 , 13,711 metered hours , 6 way blade 14' wide x 91" tall to top of trash rack , 38" wide tracks , EROPS with heat and air condition, sell subject to specific lien holder approval of high bid<br>Location: 11145 E. Mt. Morris, Davison, MICHIGAN 48423 [6463] | $25,000.00 | 6 | $125,250.00 | 7/16 8:00 PM EDT | 7/16 8:00 PM EDT |
| 1-388014 | 2003 Caterpillar 836G Landfill Compactor , s/n: 7MZ00492 , 26,540 metered hours , 3456 Caterpillar diesel engine , 16' wide blade 7' tall to top of trash rack , 56" wide compactor wheels , EROPS with heat and air condition , Ansul Checkfire detection and control system, sell subject to specific lien holder approval of high bid<br>Location: 11145 E. Mt. Morris, Davison, MICHIGAN 48423 [6462] | $25,000.00 | 6 | $125,250.00 | 7/16 8:00 PM EDT | 7/16 8:00 PM EDT |



601 Gordon Industrial Court, Byron Center, MI 49315
Phone: 866-672-4806 or 616-538-0367 — Fax: 616-583-1573

**Statement: 96108 (C) (0)**
Date: 7/31/2013

**Consignor Information**

Company: Samuel D. Sweet, Chapter 7 bankruptcy trustee of Richfield Equities, LLC., et al
Name:
Address: PO Box 757
Ortonville, MI 48462
Phone: 248-762-6495

**Auction Information**

Auction: MICHIGAN: Richfield Equities, LLC (Landfill)
Date: 7/16/2013
Location: 1290 N. Ortonville Rd. (M-15), Ortonville, MICHIGAN 49462

| Lot No. | Title | Price | Rate | Commission | Due |
|---|---|---|---|---|---|
| 1-387663 | 2001 McClain 8 axle transfer trailer, VIN: 1M9BD508712309032, 50' long open top, Keith walking floor. Floor lifting and coming apart in spots, Floor supports rusting through underneath, Exterior walls rusting through. Lift axles missing tires and wheels.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6419] | $4,525.00 | 0% | $0.00 | **$4,525.00** |
| 1-387664 | 2001 McClain 8 axle transfer trailer, VIN: 1M9CD508112309144, 50' long enclosed. Keith walking floor. Floor lifting and coming apart in spots. Floor supports rusting through underneath. Exterior walls rusting through. Some holes in roof. Lift axles missing tires and wheels.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6420] | $3,875.00 | 0% | $0.00 | **$3,875.00** |
| 1-387665 | 2001 McClain 8 axle transfer trailer, VIN: 1M9BD508012309003, 50' long open top, Keith waking floor.. Floor lifting and coming apart in spots, Floor supports rusting through underneath. Exterior wall rusting through. Some holes all the way through side walls.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6421] | $9,525.00 | 0% | $0.00 | **$9,525.00** |
| 1-387666 | 2001 McClain 8 axle transfer trailer, VIN: 1M9CD508812309139, 50' long enclosed, Keith walking floor. Floor missing completely. Floor supports rusting through underneath. Exterior wall rusting through. Some holes in sidewalls and roof. Front three lift axles on right side missing hub,tires and wheels. The rest of lift axles missing tires and wheels.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6422] | $4,957.00 | 0% | $0.00 | **$4,957.00** |
| 1-387667 | 2002 McClain 8 axle transfer trailer, VIN: 1M9CD508822309014, 50' long enclosed. Keith walking floor. Floor lifting and coming apart in spots. Floor supports rusting through underneath. Exterior walls rusting through. Some holes in sidewalls and roof. Lift axles missing tires and wheels. Down axles missing inside tires and wheels.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6423] | $5,001.00 | 0% | $0.00 | **$5,001.00** |
| 1-387668 | 2002 McClain 8 axle transfer trailer, VIN: 1M9CD508X22309015, 50' long enclosed, Keith walking floor. Floor lifting and coming apart in spots. Floor supports rusting through underneath.Exterior walls rusting through. Some holes in sidewalls and roof. Lift axles missing tires and wheels. Rear down axle missing inside tires and wheels.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 | $4,957.00 | 0% | $0.00 | **$4,957.00** |

[6424]

| | | | | | |
|---|---|---|---|---|---|
| 1-387669 | 1999 Mack tandem axle front loading refuse truck, VIN: 1M2K195C5XM012267, 332,972 odometer miles showing, Mack 6 cylinder diesel engine, Automatic transmission, Air brakes, 1 lift axle, Hercules body. 40 yard capacity, Scattered rust, scratches and dents. Console access panel missing. Arm rest ripped.Interior dirty.<br><br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6401] | $4,025.00 | 0% | $0.00 | $4,025.00 |
| 1-387670 | 1999 Mack tandem axle front loading refuse truck, VIN: 1M2K195C4XM015113, 329,426 odometer miles showing, Mack 6 cylinder diesel engine, Automatic transmission, Air brakes, Hercules body. 40 yard capacity, Scattered rust, scratches and dents. Cab corners rusting through. Arm rest ripped. Interior dirty<br><br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6402] | $4,025.00 | 0% | $0.00 | $4,025.00 |
| 1-387671 | 2003 Mack quad axle rear loading refuse truck, VIN: 1M2AC07CX3M007820, 214,939 odometer miles showing, Mack 6 cylinder diesel engine, Automatic transmission, Air brakes, Left and right steering controls, Leach body. Approximately 33 yard capacity, Scattered rust, scratches and dents. Left and right front corners of cab dented. Interior dirty.<br><br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6403] | $4,525.00 | 0% | $0.00 | $4,525.00 |
| 1-387672 | 1998 Crane Carrier Co. tandem axle rear loading refuse truck, VIN: 1CYCCM484WT043340, 57,283 odometer miles showing, Cummins 6 cylinder diesel, Automatic transmission , Air brakes , Leach body. 25 yard capacity , Scattered rust, scratches and dents. Cab rusting through in spots, repaired in spots. Interior dirty<br><br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6404] | $3,525.00 | 0% | $0.00 | $3,525.00 |
| 1-387673 | 1996 Ford 9000 tri axle rear loading refuse truck , VIN: 1FDZW82E5TVA08823 , 416,562 odometer miles showing , Ford 6 cylinder diesel engine , Automatic transmission , Air brakes , McNeilus body Approximately 30 to 33 yard capacity , Scattered rust, scratches and dents. Roof liner missing. Front bumper dented , Interior dirty<br><br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6405] | $3,725.00 | 0% | $0.00 | $3,725.00 |
| 1-387674 | 2002 Mack tri axle rear loading refuse truck , VIN: 1M2AC07C82M006485 , 170,329 odometer miles showing , Mack 6 cylinder diesel engine , Automatic transmission , Air brakes , Left and right steering controls , Heil body. Approximately 25 yard capacity , Scattered rust, scratches and dents. Cab corners dented. , Interior dirty, console ripped, ABS light is on<br><br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6406] | $3,551.00 | 0% | $0.00 | $3,551.00 |
| 1-387675 | 1999 Mack tri axle rear loading refuse truck , VIN: 1M2K185C9XM007115 , 423,476 odometer miles showing , Mack 6 cylinder diesel engine , Automatic transmission , Air brakes , McNeilus body. Approximately 25 yard capacity , Scattered rust, scratches and dents. Cab rusting through around wheel wells. , Cab corners rusting through and have been patched. Bumper dented in. , Interior dirty.<br><br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6407] | $3,526.00 | 0% | $0.00 | $3,526.00 |

| | | | | | |
|---|---|---|---|---|---|
| 1-387676 | 2005 International 7400 tri axle rear loading refuse truck , VIN: 1HTWGAZT65J133889 , 132,728 odometer miles showing , International DT530 6 cylinder diesel engine , Automatic transmission , Air brakes , Leach body. 25 yard capacity , Scattered scratches, rust and dents. Bumper dented, Box rusting through in spots. , Interior dirty, ABS light is on<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6408] | $18,525.00 | 0% | $0.00 | **$18,525.00** |
| 1-387677 | 1998 Freightliner FL70 Business class single axle side loading refuse truck , VIN: 1FV6HLBAXWH914765 , 146,579 odometer miles showing , Cummins 6 cylinder diesel engine , Automatic transmission , Air brakes , Left and right steering controls , Box capacity approximately 25 yards Scattered scratches, rust and dents. Ignition switch will not engage starter. Will start by jumping solenoid at starter. Right fender broken by hood latch, and left head light. Passenger side door window cracked. Wires hanging from dash. Interior dirty<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6409] | $2,525.00 | 0% | $0.00 | **$2,525.00** |
| 1-387678 | 1999 Ford F Series single axle rear loading refuse truck , VIN: 3FEWF8015XMA18623 , 291,426 odometer miles showing , Cummins 6 cylinder diesel engine , Automatic transmission , Air brakes , Leach body. Approximately 13 yard capacity , Scattered scratches, rust and dents. Body rusting at rear. Cab rusting through at bottom of doorways. Dash panel hanging from center of dash. Interior dirty.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6410] | $3,625.00 | 0% | $0.00 | **$3,625.00** |
| 1-387679 | 1999 Sterling quad axle roll off truck , VIN: 2FZXKDYB1XAA94562 , 621,298 odometer miles showing , Cummins N14 6 cylinder diesel engine , Road Ranger RT/RTO-8LL 8 speed manual transmission , Air brakes. , Scattered scratches, rust and dents. Debris tarp and tarparms missing. Right side storage box bracket broken, and box is hanging down from fender. Dash panel covers missing. Cracks in hood. Interior dirty.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6411] | $6,027.00 | 0% | $0.00 | **$6,027.00** |
| 1-387680 | 2000 Mack tri axle roll off truck. , VIN: 1M2P267C3YM050497 , 696,918 odometer miles showing , Mack 6 cylinder diesel engine , Eaton Fuller 8 speed manual transmission , Air brakes , Scattered scratches, rust and dents. . Bottom of doors rusting through. Hood has cracks holes in it. Interior dirty.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6412] | $6,225.00 | 0% | $0.00 | **$6,225.00** |
| 1-387681 | 1999 Mack quad axle roll off truck , VIN: 1M2P267C8XMO43897 , 445,992 odometer miles showing , Mack 6 cylinder diesel engine , Eaton Fuller 8 speed manual transmission , Air brakes , Scattered scratches, rust and dents. Debris tarp and tarp arms missing. Hydraulic oil storage tank missing. Storage box missing. Bumper bent. Hood cracked and chipped. Cab rusting through at top of windshield. Interior dirty.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6413] | $5,500.00 | 0% | $0.00 | **$5,500.00** |
| 1-387682 | 2002 Volvo VE D12 tri axle roll off truck , VIN: 4V5KC9GG52N311453 , 459,034 odometer miles showing , Volvo 6 cylinder diesel engine , Eaton Fuller 8 speed manual transmission , Air brakes , Scattered scratches, rust and dents. Bumper dented in. Front of hood broken on both sides. Panel missing from dash. Interior dirty<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6414] | $9,600.00 | 0% | $0.00 | **$9,600.00** |

| | | | | | |
|---|---|---|---|---|---|
| 1-387683 | 1993 Ford F9000 tandem axle flat bed with Tico knuckle boom crane , VIN: 1FDZY90R1PVA40647 , 13,646 odometer miles showing , Cumins 6 cylinder diesel engine , Eaton Fuller 8 speed manual transmission , Air brakes. , Tico knuckle boom crane with hydraulic out riggers. Model 771H. Length and capacity unknown. 8' x 24 ' steel bed with side rails and 4 tie downs. Scattered scratches, rust and dents. Hood faded and cracked. Black paint spots on it. Seats ripped. Interior dirty.<br><br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6415] | $3,111.00 | 0% | $0.00 | $3,111.00 |
| 1-387684 | 2005 Ford F650 Super Duty single axle water tank truck , VIN: 3FRNF65Y55V186299 , 10,943 odometer miles showing , International A200 V-8 diesel engine , 6 speed manual transmission , Hydraulic brakes , AM/FM radio. , Air condition , 2000 gallon capacity tank. 2 front and rear spray heads. 1 left side spray head. Rear hose reel. Scattered rust, scratches and dents , Right front fender broke at rear mounting bracket. Rear bumper bent. Interior dirty.<br><br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6416] | $19,700.00 | 0% | $0.00 | $19,700.00 |
| 1-387685 | 1997 Ford F Series service truck , VIN: 1FDXF80E1VVA31707 , 181,580 odometer miles showing , Ford 6 cylinder diesel engine , Automatic transmission , Air brakes. , Single axle/dual wheels , Reading service body , Sullair PTO air compressor/generator. 575 metered hours showing. 2 Reelcraft hose reels, manual swivel engine hoist, rear mounted bench vise, pintle hitch, and trailer air supply. Scattered scratches, rust and dents. Seat ripped. Dash panel loose. Interior dirty.<br><br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6417] | $3,025.00 | 0% | $0.00 | $3,025.00 |
| 1-387686 | Kenworth rear engine, tandem axle water truck. (former fire truck) Year unknown , unit has a 1985 Assembled Title , VIN: MI0133A204T031185 , 4,620 odometer miles showing , General Motors V-6 diesel engine. Motor is blown up. , Automatic transmission , Air brakes , 3500 gallon capacity water tank , 2 rear water discharge and fill connection ports , Scattered scratches, rust and dents<br><br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6418] | $2,225.00 | 0% | $0.00 | $2,225.00 |
| 1-387689 | 1995 Fruehauf tandem axle semi trailer , VIN: 1H2V04826SE009205 , Model FBHLP-9 1.5-NT2-48W , 48' x 102? , GVWR 68,000 , Air ride suspension , Sliding axle , Floor buckled up at left rear. , Interior wood panels have some holes , Large holes cut into roof , Exterior sided has scattered scratches and dents<br><br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6425] | $2,325.00 | 0% | $0.00 | $2,325.00 |
| 1-387690 | 1993 Benlee 6 axle roll off trailer , VIN: 1B9A14654PA180896 , 45' long , 3 lift axles , Spring suspension , Air brakes , Scattered scratches, rust and dents , Fenders dented and rusting in spots. , Landing gear not working properly<br><br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6426] | $8,525.00 | 0% | $0.00 | $8,525.00 |
| 1-387691 | 1981 Benlee 4 axle roll off trailer, vin 81141 , Model 5A60TC40 , 36' long , 2 lift axles , Spring suspension , Air brakes , Front left inside tire has hole in it , Scattered scratches, rust and dents , Fender dented and rusting in spots. , Missing one tail light.<br><br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6427] | $6,675.00 | 0% | $0.00 | $6,675.00 |

| | | | | | |
|---|---|---|---|---|---|
| 1-387692 | 2001 Benlee tow able quad axle roll off trailer , VIN: 1B9N125421B180802 , 24' long , Pintle hitch. , Air ride suspension , Air brakes , Hydraulic cylinder shaft for tail light assembly bent on right side , Missing some tail lights. , Scattered scratches, rust and dents. , Fenders dented with several rust holes in them<br><br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6428] | $7,125.00 | 0% | $0.00 | $7,125.00 |
| 1-387693 | 1969 Fruehauf Tandem axle aluminum tanker trailer , VIN: OMK459706 , Length overall 39' 3? , Spring suspension , Air brakes , 59,000 lbs. Capacity @ 7.5 lbs. Per gallon , Several cracks in axle frame. , Cracks in rear bumper. , Fill tube split , Fenders dented. Front left outside tire has hole in it, PLEASE NOTE: this item sells with a bill of sale, and buyer will be responsible for acquiring a weight slip for transferring title<br><br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6429] | $3,225.00 | 0% | $0.00 | $3,225.00 |
| 1-387694 | 1998 Chevrolet 1500 pick up , VIN: 1GCEK14W7W2139731 * NON RUNNING * , 185,560 odometer miles showing. , 4.3 liter V-6 engine. , 4 WD , AM/FM radio , Air condition , Air cleaner missing , Seat ripped , Interior door handles missing , Tail gate missing , Several rust holes in body , Scattered scratches, rust and dents through out body , Interior dirty<br><br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6430] | $562.00 | 0% | $0.00 | $562.00 |
| 1-387695 | Link Belt LS-2650 Hydraulic excavator, year: 1986 , s/n E4166227 , 6330 metered hours showing , Isuzu 4 cylinder diesel engine , 41" bucket with manual thumb , 23 ¾" tracks , Bucket cylinder seal popped out of housing , Cab corners dented and ripped. , Center cab window popped off tracks. , Access covers dented. , Scattered scratches and dent<br><br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6431] | $9,551.00 | 0% | $0.00 | $9,551.00 |
| 1-387696 | Hitachi EX200LC Hydraulic excavator , Manufacture No. AUC-1330 , 9767 metered hours showing , Isuzu 6 cylinder diesel engine. , 41" bucket with manual thumb , 31 ½" tracks. , Machine wants to stall out under load. , Window missing on door. , Seat ripped. , Cab dented , Access covers dented , Scattered scratches and dents<br><br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6432] | $14,350.00 | 0% | $0.00 | $14,350.00 |
| 1-387697 | Komatsu WA500-1L articulating rubber tire wheel loader, year: 1988 , s/n A20143 , 2606 metered hours showing , 6 cylinder diesel engine , 132" bucket , 29.5-25 tires , Key will not turn machine off. Has to be shut off manually at engine. , Brakes do not hold. Parking brake does not hold. , Hydraulic issues, bucket wants to go over center , Bucket cracked in spots, missing cutting edge , Left side head light missing, marker light broken on right side , Step broken on right side. , Scattered scratches, rust and dents<br><br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6433] | $11,550.00 | 0% | $0.00 | $11,550.00 |
| 1-387698 | Caterpillar 416B turbo loader/back hoe, year: 1994 , s/n 8SG06924 , 7298 metered hours showing. , Caterpillar 4 cylinder diesel engine. , Engine s/n 5Hk18421. , 4 wheel drive. , Extend a hoe. , 87" loader bucket. , 28" backhoe bucket. , Seat ripped. , Left side engine panel missing. , Left rear corner window cracked. , All tires have nails or repair plugs in them. , Rear tires lose air over time. , Scattered scratches, rust and dents.<br><br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6434] | $12,200.00 | 0% | $0.00 | $12,200.00 |

| | | | | | |
|---|---|---|---|---|---|
| 1-387699 | 2003 Broce Broom RC350 Sweeper , s/n 403028 , 904 metered hours showing , Cummins 4 cylinder diesel engine , Enclose cab with heat and air condition , Hydrostatic transmission with 2 speed gear box. , 80" hydraulic front blade , 96" mid mount broom. , 150 gallon water tank , Hinges for engine cover broken , Windshield washer solvent bottles broken. , Scattered scratches and dents.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6435] | $16,525.00 | 0% | $0.00 | $16,525.00 |
| 1-387700 | Sweepster quick attach rotary broom for front end loader. , Model D32C8 , s/n 00221228 , 96" broom , 23 ¾" inside width at mounting points , Scattered scratches and dents<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6436] | $1,760.00 | 0% | $0.00 | $1,760.00 |
| 1-387701 | Caterpillar quick attach loader forks , Model 132-2443 , s/n EU50100006 , Fits IT14G / IT24F / IT28G / 416C / 438C , 53" long forks.<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6437] | $1,420.00 | 0% | $0.00 | $1,420.00 |
| 1-387702 | 5 tooth excavator bucket with smooth edge attached , 57" wide , 13 ½" inside width at mounting holes , 3 ½" diameter pins<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6438] | $350.00 | 0% | $0.00 | $350.00 |
| 1-387703 | CF 4 tooth excavator bucket , 28 ¼" wide , 16" inside width at mounting holes , 3 ½" diameter pins<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6439] | $110.00 | 0% | $0.00 | $110.00 |
| 1-387704 | 3 tooth excavator bucket , 12 ¾" wide , 8" inside width at mounting holes , 1 ¾" diameter pins<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6440] | $150.00 | 0% | $0.00 | $150.00 |
| 1-387705 | 1 set of Handy Lift loader forks , Model F-40L , 4000 lb. Rating , Forks are 45" tall x 42" long , Bar is 80" long, Shaft diameter 2 1/4", Width of forks 4", thickness 1 3/8"<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6441] | $615.00 | 0% | $0.00 | $615.00 |
| 1-387706 | American road tow able blower , Model 2003-62-LL , s/n PT00251U179688H , VIN: 1A9SLI2I2IM274004 , 599 metered hours showing , Pintle hitch , Hour meter broken , Unit is currently disassembled, running condition unknown<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6442] | $305.00 | 0% | $0.00 | $305.00 |
| 1-387707 | Caterpillar 924G articulating rubber tire wheel loader, year: 2002 , s/n CAT0924GA9SW02039 , 8589 metered hours showing , Caterpillar 3056, 6 cylinder diesel engine , Quick attach bucket, 100" wide , 2 hydraulic outlets , 20.5-25 tires. , Windshield cracked , Left front marker light broken , Right rear tail light broken , Scattered scratches, rust and dents. , Interior dirty<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6443] | $30,054.00 | 0% | $0.00 | $30,054.00 |
| 1-387708 | Volvo EC330B LC Hydraulic excavator, year: 2006 , s/n EC330V80074 , 3226 Metered hours showing , Volvo D12D EBE3, 6 cylinder turbo diesel engine , Auxiliary valve , 47" bucket , 32" tracks , Cab heat and air condition , AM/FM cassette , Warning alarm goes of intermittently , Fuse panel cover missing , Left tail light broken. , Access cover dented , Scattered scratches and dents | $73,050.00 | 0% | $0.00 | $73,050.00 |

Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6444]

| Lot | Description | Amount | Commission % | Commission | Net |
|---|---|---|---|---|---|
| 1-387709 | 2006 Volvo A25D articulated off road hauler , s/n A25DV72162 , 47,474 metered miles showing, 11.246 hours, Volvo 9.4 liter diesel engine. Model D9BAAE3 , Automatic transmission. , 6 X 6 drive. , Heated cab with air condition , Tilt/telescopic steering wheel , 24 volt starting system , Approximately 20 yard capacity heaped. , 23.5 R 25 tires. , Scattered scratches, rust and dents. , Tail gate missing<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 | $50,150.00 | 0% | $0.00 | $50,150.00 |
| 1-388002 | 6 sections of METTA technologies litter fence , Each sections is 24' long by approximately 13' tall , Upright have been cut in half and need to be repaired , Fencing may have holes in it<br>Location: 1290 N Ortonville Road (M-15), Ortonville, MI 48462 [6461] | $3,025.00 | 0% | $0.00 | $3,025.00 |
| 1-388012 | Approximately 176 rolls of landfill cell lining material , 129 rolls of Bentomat membrane lining. 15' wide x 150' long , 27 rolls of Solmax smooth sided plastic lining 22' wide x 520' long , 20 rolls of SKAPS Ind. Geotextile lining. 14' wide x 200' long<br>Location: 11145 E. Mt. Morris, Davison, MI 48423 [6464] | $27,790.00 | 0% | $0.00 | $27,790.00 |

**Consignor Expenses**

| Expense | Amount |
|---|---|
| Repairs, Transportation and Storage, and physical auction set up (Bedrock Express, LTD) | $22,740.22 |
| Marketing Expenses: Flint Journal, Detroit News, Farm Trader, Auction Exchange, Farmer's Advance, Kitmondo, Rock & Dirt, 50000Trucks, Machinetools Featured Auction with Blast & Listings, BackPage, USFarmer, FreeAgClassifieds, Heavy-Equipment-Classifieds, LoggingTrader, FreeClassifieds, eBayClassifieds, Craigslist, Brochure, In House E-Mail Blast, Internet Advertising, Website Display & Catalogs | $9,864.24 |
| Auction Site Cashier (16 hours x $40/hour) | $640.00 |
| Auction Site security (40 hours x $40/hour) | $1,600.00 |
| Auction Set-up (20 hours x $20/hour) | $800.00 |
| Lien Release and Lien holder pay off direct to Volvo Financial Services for release of lien on the following items (Lot# 387709-2006 Volvo A25 Off-Road Dump, and Lot# 387708-Volvo EC330B Excavator). PLEASE NOTE: already paid direct by Orbitbid.com and being withheld from auction pay off | $78,088.53 |
| Lien Release and Lien holder pay off direct to Wells Fargo for release of lien on the following items (Lot# 387707-CAT 924G Loader, Lot# 387698-CAT 416 Loader Backhoe, Lot# 387668-2002 McClain 8 axle trailer, Lot# 387666-2001 McClain 8 axle trailer). PLEASE NOTE: already paid direct by Orbitbid.com and being withheld from auction pay off | $13,813.16 |
| 10% buyers premium collected as compensation for auctioneer | $42,122.20 |
| All gross proceeds paid directly to Sam Sweet $421,222 less the lien pay off amount of $91,901.69 | $329,320.31 |

| | |
|---|---|
| Total Sales: | $421,222.00 |
| Less Commission: | $0.00 |
| Less Expenses: | $498,988.66 |
| **Total Due From Consignor:** | **$77,766.66** |