# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN - FLINT

**IN RE:**

Richfield Equities, L.L.C., *et al.*,[1]
a Michigan limited liability company,

    Debtors.
_____/

Case No. 12-33788-dof
Chapter 7
*(Jointly Administered)*

Hon. Daniel S. Opperman

Samuel D. Sweet, Chapter 7 Trustee

    Plaintiff,
v.

AIS Construction Equipment Corporation
d/b/a Contractor's Rental Corporation and
AIS Rental,

    Defendant.
_____/

Adv. Proc. No.

## COMPLAINT

Plaintiff Samuel D. Sweet, Chapter 7 trustee ("<u>Trustee</u>") of the above captioned debtors ("<u>Debtors</u>," and individually each a "<u>Debtor</u>"), through counsel, Wolfson Bolton PLLC, for his Complaint against AIS Construction Equipment Corporation d/b/a Contractor's Rental Corporation and AIS Rental ("<u>Defendant</u>") alleges:

## JURISDICTION, VENUE, AND PARTIES

1. This Court has jurisdiction under 28 U.S.C. §§ 157 and 1334.

2. This is a core proceeding under 28 U.S.C. § 157(b)(2)(A), (F), (H), and (O).

3. This is an adversary proceeding under Fed. R. Bankr. P. 7001.

4. Venue in this district is proper under 28 U.S.C. § 1409.

5. The Trustee is the trustee of Debtors.

---

[1] The Debtors in this jointly administered bankruptcy proceeding are: Richfield Equities, L.L.C., Case No. 12-33788; Richfield Landfill, Inc., Case No. 12-33789; Richfield Management, L.L.C., Inc., Case No. 12-33790; and Waste Away Disposal, L.L.C., Case No. 12-33791.

6. Defendant is a Michigan corporation that conducts business in the State of Michigan.

7. On September 18, 2012 ("Petition Date"), Debtors each filed a voluntary petition for relief under title 11 of the United States Code, 11 U.S.C. §§ 101- 1531 ("Bankruptcy Code").

8. Before the Petition Date, Defendant did business with Debtors – namely, Defendant provided equipment maintenance and repair services to one or more of the Debtors.

9. On February 25, 2013, the Court converted Debtors' cases from Chapter 11 to Chapter 7 [Docket No. 389], and Samuel D. Sweet was appointed Trustee.

**COUNT I – PREFERENTIAL TRANSFER – 11 U.S.C. §§ 547(b), 550, and 551**

10. The Trustee incorporates by reference the allegations contained in the previous paragraphs of this Complaint.

11. Within the 90-day period before the Petition Date, the Debtor(s) listed on Exhibit A made or caused to be made transfers of $114,450.77 listed on Exhibit A ("90-Day Transfers," and individually each a "90-Day Transfer") to Defendant from Debtors' bank account(s).

12. The 90-Day Transfers were transfers of an interest in Debtors' property – money from Debtors' bank account(s).

13. The 90-Day Transfers were to or for the benefit of Defendant.

14. Defendant was a creditor of the Debtor(s) from whom it received the 90-Day Transfers on the date(s) that the 90-Day Transfers were made.

15. The 90-Day Transfers were made for or on account of antecedent debt owed by the Debtor(s) making the 90-Day Transfer to Defendant before such 90-Day Transfer was made – namely, the 90-Day Transfers were payments related to equipment maintenance and repair services provided by Defendant to one or more of the Debtors.

16. Pursuant to 11 U.S.C. § 547(f), Debtors are presumed to have been, and were in fact, insolvent at the time the 90-Day Transfers were made.

17. Due to the size of claims and shortfall in recoverable assets, creditors will not be paid the full amount of their claims in Debtors' bankruptcy cases.

18. The 90-Day Transfers enabled Defendant to receive more than Defendant would receive if (i) this case was a case under chapter 7 of the Bankruptcy Code, (ii) the 90-Day Transfers had not been made, and (iii) Defendant received payment of such debt to the extent provided by the provisions of the Bankruptcy Code.

19. Defendant was the initial transferee of the 90-Day Transfers, or in the alternative, Defendant was either the entity for whose benefit the 90-Day Transfers were made, or was the immediate or mediate transferee of the initial transferee receiving the 90-Day Transfers.

20. The 90-Day Transfers are avoidable by the Trustee under 11 U.S.C. § 547(b) and recoverable from Defendant under 11 U.S.C. § 550(a).

21. The Trustee is entitled to a judgment under 11 U.S.C. §§ 547(b), 550, and 551 avoiding and recovering the 90-Day Transfers, or the value thereof, for the benefit of Debtors' estates.

**COUNT II – FRAUDULENT TRANSFER – 11 U.S.C. §§ 548(a)(1)(B), 550, AND 551**

22. The Trustee incorporates by reference the allegations contained in the previous paragraphs of this Complaint.

23. Count II is pled in the alternative to Count I.

24. Within the 2-year period before the Petition Date, the Debtor(s) listed on Exhibit B made or caused to be made transfers of $301,576.72 listed on Exhibit B ("Fraudulent Transfers," and individually each a "Fraudulent Transfer") to Defendant from Debtors' bank account(s).

25. The Debtor making the Fraudulent Transfer received less than a reasonably equivalent value in exchange for each of the Fraudulent Transfers because, among other

reasons, the Debtor that made the Fraudulent Transfer received no benefit in exchange for the Fraudulent Transfer or less than a reasonably equivalent value from Defendant.

26. At all times during the 2-year period before the Petition Date, the Debtor on Exhibit B that made the Fraudulent Transfers was insolvent as evidenced by, among other things, substantial landfill closure and post-closure costs that, when combined with Debtor's other liabilities, greatly exceeded the value of Debtor's assets at a fair valuation.

27. The Debtor making the Fraudulent Transfer was insolvent on the date that the Fraudulent Transfer occurred or became insolvent as a result of the Fraudulent Transfer.

28. The Debtor making the Fraudulent Transfer was engaged in a business or transaction, or about to engage in a business or transaction, for which property remaining with the Debtor making the Fraudulent Transfer was an unreasonably low capital.

29. The Debtor making the Fraudulent Transfer intended to incur, or believed that the Debtor would incur, debts beyond the Debtor's ability to pay as such debts matured.

30. Defendant was the initial transferee of the Fraudulent Transfers, or in the alternative, Defendant was either the entity for whose benefit the Fraudulent Transfers were made, or was the immediate or mediate transferee of the initial transferee receiving the Fraudulent Transfers.

31. The Fraudulent Transfers constitute a fraudulent transfer avoidable by the Trustee under 11 U.S.C. § 548(a)(1)(B) and recoverable from Defendant under 11 U.S.C. § 550(a).

32. The Trustee is entitled to a judgment avoiding and recovering the Fraudulent Transfers under 11 U.S.C. §§ 548(a)(1)(B), 550(a) and 551, or the value thereof, from Defendant for the benefit of Debtors' estates.

**COUNT III - CLAIM DISALLOWANCE - 11 U.S.C. § 502**

33. The Trustee incorporates by reference the allegations contained in the previous paragraphs of this Complaint.

34. Section 502(d) of the Bankruptcy Code provides that unless an entity or transferee that has received a transfer avoidable under 11 U.S.C. §§ 547 or 548 has paid the amount, or turned over such property, for which such entity or transferee is liable under 11 U.S.C. § 550, any claim of such entity or transferee shall be disallowed.

35. Defendant has not paid or surrendered to the Trustee the 90-Day Transfers or the Fraudulent Transfers. Therefore, any present or future claims Defendant may have against Debtors' estates should be disallowed.

WHEREFORE, the Trustee respectfully requests this Court enter judgment in favor of the Trustee and against Defendant as follows:

(A) On Count I, under 11 U.S.C. §§ 547, 550(a), and 551, (i) avoiding the 90-Day Transfers, (ii) directing that the 90-Day Transfers be set aside, and (iii) recovering the 90-Day Transfers, or the value thereof, from Defendant for the benefit of Debtors' estates;

(B) On Count II, under 11 U.S.C. §§ 548(a)(1)(B), 550(a), and 551, (i) avoiding the Fraudulent Transfers, (ii) directing that the Fraudulent Transfers be set aside, and (iii) recovering the Fraudulent Transfers, or the value thereof, from Defendant for the benefit of Debtors' estates;

(C) On Count III, under 11 U.S.C. § 502, disallowing any present or future claims Defendant may have against Debtors' estates;

(D) Awarding the Trustee all applicable interest, attorney fees, costs, and disbursements of this action; and

(E) Granting the Trustee such other, further, and different relief as the Court deems just, proper, and equitable.

Respectfully submitted,

WOLFSON BOLTON PLLC
*Attorneys for the Chapter 7 Trustee*

Dated: May 16, 2014

By: <u> /s/ Anthony J. Kochis </u>
    Scott A. Wolfson (P53194)
    Adam L. Kochenderfer (P65757)
    Anthony J. Kochis (P72020)
3150 Livernois, Suite 275
Troy, MI 48083
Telephone: (248) 247-7105
Facsimile: (248) 247-7099
E-Mail: akochis@wolfsonbolton.com

## Exhibit A – 90-Day Transfers

| Transferor | Transfer Date/Clear Date | Transfer Amount | Payment Form | Payment Identification |
|---|---|---|---|---|
| Richfield Management, LLC | 6/20/2012 | $2,227.92 | check | 18139 |
| Richfield Management, LLC | 6/22/2012 | $1,013.76 | check | 18154 |
| Richfield Management, LLC | 6/22/2012 | $125.00 | check | 18194 |
| Richfield Landfill, Inc. | 6/28/2012 | $4,134.00 | check | 8328 |
| Richfield Landfill, Inc. | 7/3/2012 | $4,095.00 | check | 8324 |
| Richfield Management, LLC | 7/6/2012 | $1,268.30 | check | 18226 |
| Richfield Landfill, Inc. | 7/10/2012 | $1,365.00 | check | 8329 |
| Richfield Management, LLC | 7/17/2012 | $387.49 | check | 18284 |
| Richfield Landfill, Inc. | 7/20/2012 | $5,766.00 | check | 8366 |
| Richfield Landfill, Inc. | 7/27/2012 | $22,396.87 | check | 8379 |
| Richfield Landfill, Inc. | 7/31/2012 | $1,534.91 | check | 8392 |
| Richfield Management, LLC | 7/31/2012 | $1,226.14 | check | 18484 |
| Richfield Landfill, Inc. | 8/3/2012 | $1,450.00 | check | 8344 |
| Richfield Landfill, Inc. | 8/6/2012 | $8,500.00 | check | 8401 |
| Richfield Landfill, Inc. | 8/17/2012 | $11,850.00 | check | 8406 |
| Richfield Management, LLC | 8/22/2012 | $2,717.96 | check | 18575 |
| Richfield Landfill, Inc. | 8/28/2012 | $4,394.03 | check | 8410 |
| Richfield Landfill, Inc. | 8/28/2012 | $3,063.56 | check | 8412 |
| Richfield Management, LLC | 8/28/2012 | $308.98 | check | 18591 |
| Richfield Landfill, Inc. | 8/31/2012 | $3,195.00 | check | 8415 |
| Richfield Management, LLC | 9/4/2012 | $1,775.36 | check | 18641 |
| Richfield Landfill, Inc. | 9/4/2012 | $8,900.00 | check | 8431 |
| Richfield Management, LLC | 9/6/2012 | $2,224.00 | check | 18653 |
| Richfield Landfill, Inc. | 9/10/2012 | $1,980.94 | check | 8443 |
| Richfield Management, LLC | 9/10/2012 | $1,706.33 | check | 18683 |
| Richfield Management, LLC | 9/10/2012 | $348.39 | check | 18690 |
| Richfield Management, LLC | 9/13/2012 | $1,845.83 | check | 18701 |
| Richfield Landfill, Inc. | | $14,650.00 | check | 8445 |
| | **TOTAL** | **$114,450.77** | | |

## **Exhibit B – Fraudulent Transfers**

| Transferor | Transfer Date/Clear Date | Transfer Amount | Payment Form | Payment Identification |
|---|---|---|---|---|
| Richfield Landfill, Inc. | 10/20/2011 | $2,067.00 | check | 7855 |
| Richfield Landfill, Inc. | 10/31/2011 | $1,333.00 | check | 7870 |
| Richfield Landfill, Inc. | 11/2/2011 | $2,230.06 | check | 7881 |
| Richfield Management, LLC | 11/2/2011 | $2,795.95 | Check | 16053 |
| Richfield Landfill, Inc. | 11/8/2011 | $650.00 | check | 7880 |
| Richfield Management, LLC | 11/22/2011 | $350.52 | check | 16478 |
| Richfield Management, LLC | 11/23/2011 | $1,131.36 | check | 16213 |
| Richfield Landfill, Inc. | 11/23/2011 | $1,550.00 | check | 7893 |
| Richfield Management, LLC | 11/30/2011 | $1,099.37 | check | 16275 |
| Richfield Landfill, Inc. | 12/5/2011 | $1,550.00 | check | 7897 |
| Richfield Management, LLC | 12/6/2011 | $1,122.55 | check | 16304 |
| Richfield Landfill, Inc. | 12/8/2011 | $2,361.56 | check | 7915 |
| Richfield Landfill, Inc. | 12/8/2011 | $641.22 | check | 7916 |
| Richfield Management, LLC | 12/8/2011 | $2,866.62 | check | 16326 |
| Richfield Landfill, Inc. | 12/9/2011 | $650.00 | check | 7905 |
| Richfield Landfill, Inc. | 12/16/2011 | $1,550.00 | check | 7921 |
| Richfield Management, LLC | 12/22/2011 | $2,668.48 | check | 16432 |
| Richfield Management, LLC | 12/22/2011 | $540.12 | check | 16482 |
| Richfield Landfill, Inc. | 12/28/2011 | $1,550.00 | check | 7927 |

| | | | | |
|---|---|---|---|---|
| Richfield Management, LLC | 1/3/2012 | $1,943.85 | check | 16560 |
| Richfield Landfill, Inc. | 1/4/2012 | $3,075.00 | check | 7949 |
| Richfield Management, LLC | 1/10/2012 | $5,446.22 | check | 16620 |
| Richfield Landfill, Inc. | 1/11/2012 | $2,125.00 | check | 7959 |
| Richfield Management, LLC | 1/13/2012 | $277.83 | check | 16676 |
| Richfield Management, LLC | 1/13/2012 | $941.90 | check | 16680 |
| Richfield Landfill, Inc. | 1/18/2012 | $3,675.00 | check | 7966 |
| Richfield Management, LLC | 1/23/2012 | $1,443.71 | check | 16749 |
| Richfield Landfill, Inc. | 1/24/2012 | $2,919.88 | check | 7986 |
| Richfield Landfill, Inc. | 1/25/2012 | $3,675.00 | check | 7979 |
| Richfield Landfill, Inc. | 1/31/2012 | $2,775.00 | check | 7990 |
| Richfield Landfill, Inc. | 2/8/2012 | $2,125.00 | check | 8003 |
| Richfield Landfill, Inc. | 2/9/2012 | $1,034.87 | check | 8004 |
| Richfield Management, LLC | 2/9/2012 | $2,626.31 | check | 16878 |
| Richfield Landfill, Inc. | 2/13/2012 | $5,328.75 | check | 8010 |
| Richfield Landfill, Inc. | 2/21/2012 | $2,125.00 | check | 8011 |
| Richfield Management, LLC | 2/22/2012 | $204.22 | check | 17023 |
| Richfield Management, LLC | 2/23/2012 | $921.59 | check | 17032 |
| Richfield Landfill, Inc. | 2/23/2012 | $2,125.00 | check | 8024 |
| Richfield Management, LLC | 2/29/2012 | $36.77 | check | 17107 |
| Richfield Landfill, Inc. | 2/29/2012 | $2,125.00 | check | 8040 |

| | | | | |
|---|---|---|---|---|
| Richfield Landfill, Inc. | 2/29/2012 | $2,125.00 | check | 8045 |
| Richfield Management, LLC | 3/5/2012 | $17,673.77 | check | 17146 |
| Richfield Management, LLC | 3/7/2012 | $3,175.22 | check | 17163 |
| Richfield Management, LLC | 3/7/2012 | $91.28 | check | 17174 |
| Richfield Management, LLC | 3/9/2012 | $5,027.90 | check | 17198 |
| Richfield Management, LLC | 3/9/2012 | $1,861.55 | check | 17205 |
| Richfield Landfill, Inc. | 3/14/2012 | $2,125.00 | check | 8070 |
| Richfield Management, LLC | 3/15/2012 | $687.00 | check | 17252 |
| Richfield Management, LLC | 3/15/2012 | $1,492.48 | check | 17301 |
| Richfield Management, LLC | 3/16/2012 | $755.13 | check | 17324 |
| Richfield Management, LLC | 3/19/2012 | $2,606.58 | check | 17304 |
| Richfield Landfill, Inc. | 3/20/2012 | $725.10 | check | 8075 |
| Richfield Management, LLC | 3/21/2012 | $921.14 | check | 17337 |
| Richfield Landfill, Inc. | 3/22/2012 | $2,125.00 | check | 8089 |
| Richfield Management, LLC | 3/29/2012 | $954.24 | check | 17405 |
| Richfield Landfill, Inc. | 3/29/2012 | $2,125.00 | check | 8108 |
| Richfield Management, LLC | 3/30/2012 | $23.09 | check | 17444 |
| Richfield Management, LLC | 4/5/2012 | $2,852.01 | check | 17476 |
| Richfield Landfill, Inc. | 4/9/2012 | $2,283.24 | check | 8146 |
| Richfield Management, LLC | 4/9/2012 | $185.59 | check | 17502 |
| Richfield Landfill, Inc. | 4/10/2012 | $2,125.00 | check | 8121 |

| | | | | |
|---|---|---|---|---|
| Richfield Landfill, Inc. | 4/12/2012 | $2,125.00 | check | 8136 |
| Richfield Management, LLC | 4/13/2012 | $41.24 | check | 17560 |
| Richfield Management, LLC | 4/13/2012 | $262.67 | check | 17593 |
| Richfield Landfill, Inc. | 4/18/2012 | $4,959.78 | check | 8140 |
| Richfield Landfill, Inc. | 4/19/2012 | $2,125.00 | check | 8162 |
| Richfield Management, LLC | 4/24/2012 | $5,183.00 | check | 17659 |
| Richfield Management, LLC | 4/24/2012 | $2,878.60 | check | 17660 |
| Richfield Management, LLC | 4/26/2012 | $4,114.10 | check | 17690 |
| Richfield Landfill, Inc. | 4/26/2012 | $2,125.00 | check | 8175 |
| Richfield Landfill, Inc. | 5/4/2012 | $2,125.00 | check | 8195 |
| Richfield Management, LLC | 5/9/2012 | $1,865.03 | check | 17807 |
| Richfield Landfill, Inc. | 5/10/2012 | $2,125.00 | check | 8206 |
| Richfield Management, LLC | 5/24/2012 | $618.89 | check | 17921 |
| Richfield Management, LLC | 5/24/2012 | $1,596.00 | check | 17930 |
| Richfield Landfill, Inc. | 5/24/2012 | $2,125.00 | check | 8222 |
| Richfield Landfill, Inc. | 6/1/2012 | $2,125.00 | check | 8241 |
| Richfield Landfill, Inc. | 6/5/2012 | $55.81 | check | 8255 |
| Richfield Management, LLC | 6/5/2012 | $3,019.31 | check | 17948 |
| Richfield Management, LLC | 6/6/2012 | $235.51 | check | 18499 |
| Richfield Management, LLC | 6/7/2012 | $768.50 | check | 17973 |
| Richfield Management, LLC | 6/7/2012 | $704.35 | check | 17990 |
| Richfield Landfill, Inc. | 6/8/2012 | $5,119.91 | check | 8250 |
| Richfield Management, LLC | 6/13/2012 | $4,641.07 | check | 18046 |
| Richfield Landfill, Inc. | 6/13/2012 | $6,185.45 | check | 8273 |
| Richfield Management, LLC | 6/18/2012 | $547.70 | check | 18133 |
| Richfield Landfill, Inc. | 6/18/2012 | $1,855.00 | check | 8286 |

| Vendor | Date | Amount | Type | Check # |
|---|---|---|---|---|
| Richfield Management, LLC | 6/20/2012 | $2,227.92 | check | 18139 |
| Richfield Management, LLC | 6/22/2012 | $1,013.76 | check | 18154 |
| Richfield Management, LLC | 6/22/2012 | $125.00 | check | 18194 |
| Richfield Landfill, Inc. | 6/28/2012 | $4,134.00 | check | 8328 |
| Richfield Landfill, Inc. | 7/3/2012 | $4,095.00 | check | 8324 |
| Richfield Management, LLC | 7/6/2012 | $1,268.30 | check | 18226 |
| Richfield Landfill, Inc. | 7/10/2012 | $1,365.00 | check | 8329 |
| Richfield Management, LLC | 7/17/2012 | $387.49 | check | 18284 |
| Richfield Landfill, Inc. | 7/20/2012 | $5,766.00 | check | 8366 |
| Richfield Landfill, Inc. | 7/27/2012 | $22,396.87 | check | 8379 |
| Richfield Landfill, Inc. | 7/31/2012 | $1,534.91 | check | 8392 |
| Richfield Management, LLC | 7/31/2012 | $1,226.14 | check | 18484 |
| Richfield Landfill, Inc. | 8/3/2012 | $1,450.00 | check | 8344 |
| Richfield Landfill, Inc. | 8/6/2012 | $8,500.00 | check | 8401 |
| Richfield Landfill, Inc. | 8/17/2012 | $11,850.00 | check | 8406 |
| Richfield Management, LLC | 8/22/2012 | $2,717.96 | check | 18575 |
| Richfield Landfill, Inc. | 8/28/2012 | $4,394.03 | check | 8410 |
| Richfield Landfill, Inc. | 8/28/2012 | $3,063.56 | check | 8412 |
| Richfield Management, LLC | 8/28/2012 | $308.98 | check | 18591 |
| Richfield Landfill, Inc. | 8/31/2012 | $3,195.00 | check | 8415 |
| Richfield Management, LLC | 9/4/2012 | $1,775.36 | check | 18641 |
| Richfield Landfill, Inc. | 9/4/2012 | $8,900.00 | check | 8431 |
| Richfield Management, LLC | 9/6/2012 | $2,224.00 | check | 18653 |
| Richfield Landfill, Inc. | 9/10/2012 | $1,980.94 | check | 8443 |
| Richfield Management, LLC | 9/10/2012 | $1,706.33 | check | 18683 |
| Richfield Management, LLC | 9/10/2012 | $348.39 | check | 18690 |
| Richfield Management, LLC | 9/13/2012 | $1,845.83 | check | 18701 |
| Richfield Landfill, Inc. | | $14,650.00 | check | 8445 |
| | **TOTAL** | **$301,576.72** | | |