

STATE OF MICHIGAN
DEPARTMENT OF ATTORNEY GENERAL

CADILLAC PLACE
3030 WEST GRAND BOULEVARD
DETROIT, MICHIGAN 48202

DANA NESSEL
ATTORNEY GENERAL

January 7, 2020

Clerk of the Court
U.S. Bankruptcy Court
211 W. Fort Street, #2100
Detroit, MI  48226

RE:  Transfer of bankruptcy cases

To Whom It May Concern:

Please be advised that Assistant Attorney General, Suann D. Cochran, (P35956), has left the Attorney General's Office.  Assistant Attorney General, Julie A. McMurtry, (P51989) will be taking over her cases.  Please transfer all of Suann D. Cochran's cases to Julie McMurtry.  Also, please remove Katherine Carr Kerwin, (P73070), as a secondary individual receiving ecf notice on Suann D. Cochran's cases.  Thank you.

Sincerely,

Barbara M. Hughes
Division Head Secretary
SCFRA & Collections Division
(313) 456-0140